**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: April 8, 2026
Docket #: 26-820
Short Title: Gordon v. Aetna Life Insurance Company

DC Docket #: 3:24-cv-1447
DC Court: DISTRICT OF
CONNECTICUT (NEW HAVEN)
DC Judge: Trial Judge - Victor A.
Bolden

### NOTICE OF RECORD ON APPEAL FILED

In the above referenced case the document indicated below has been filed in the Court.

\_\_\_\_  Record on Appeal - Certified List

\_\_\_\_  Record on Appeal - CD ROM

\_\_\_\_  Record on Appeal - Paper Documents

\_X\_  Record on Appeal - Electronic Index

\_\_\_\_  Record on Appeal - Paper Index

Inquiries regarding this case may be directed to 212-857-8638.