APPEAL,EFILE,MEG

# U.S. District Court
## District of Connecticut (New Haven)
## CIVIL DOCKET FOR CASE #: 3:24–cv–01447–VAB
### *Internal Use Only*

Gordon et al v. Aetna Life Insurance Company  
Assigned to: Judge Victor A. Bolden  
Cause: 28:1331 Federal Question: Other Civil Rights

Date Filed: 09/10/2024  
Jury Demand: None  
Nature of Suit: 440 Civil Rights: Other  
Jurisdiction: Federal Question

**Plaintiff**

| | | |
|---|---|---|
| **Binah Gordon** <br> *individually and on behalf of all similarly situated individuals* | represented by | **Christine E. Webber** <br> Cohen Milstein Sellers & Toll PLLC <br> 1100 New York Ave NW <br> Suite 800 <br> Washington, DC 20005 <br> 202–408–4600 <br> Email: cwebber@cohenmilstein.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **Ezra Ungrich Cukor** <br> Advocates for Trans Equality Education Fund <br> Legal <br> 305 Seventh Ave <br> 15th Floor <br> New York, NY 10001 <br> 646–862–9396 <br> Email: ecukor@transgenderlegal.org <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **Joseph Wardenski** <br> Wardenski P.C. <br> 134 West 29th Street <br> Suite 709 <br> New York, NY 10001 <br> 347–913–3311 <br> Fax: 347–467–7237 <br> Email: joe@wardenskilaw.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **Kelly Parry–Johnson** <br> Advocates for Trans Equality Education Fund <br> 305 Seventh Ave., 15th Fl <br> New York, NY 10001 <br> 646–993–1691 <br> Email: kparry–johnson@transequality.org <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **Seran Gee** <br> 305 Seventh Ave., 15th Fl <br> New York, NY 10001 <br> 646–845–4203 <br> Email: sgee@transequality.org <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

**Z Gabriel Arkles**
Advocates for Trans Equality Education
Fund
305 Seventh Ave., 15th Fl
New York, NY 10001
212−549−2569
Email: garkles@transequality.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aniko Schwarcz**
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave. NW
Suite 500
Washington, DC 20005
202−408−4600
Fax: 202−408−4699
Email: aschwarcz@cohenmilstein.com
*ATTORNEY TO BE NOTICED*

**Elizabeth McCarthy McDermott**
Cohen Milstein Sellers & Toll PLLC
1100 New York Avenue NW
Suite 800
Washington, DC 20005
202−408−3682
Email: emcdermott@cohenmilstein.com
*ATTORNEY TO BE NOTICED*

**Harini Srinivasan**
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave NW
Suite 800
Washington, DC 20005
202−408−4600
Email: hsrinivasan@cohenmilstein.com
*ATTORNEY TO BE NOTICED*

**Sydney Duncan**
Advocates for Trans Equality Education
Fund
305 Seventh Ave., 15th Fl
New York, NY 10001
646−898−2205
Email: sduncan@transequality.org
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kay Mayers**
*individually and on behalf of all similarly
situated individuals*

represented by **Christine E. Webber**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ezra Ungrich Cukor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Wardenski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kelly Parry−Johnson**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Seran Gee**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Z Gabriel Arkles**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aniko Schwarcz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth McCarthy McDermott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Harini Srinivasan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sydney Duncan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**S. N.**
*individually and on behalf of all similarly*
*situated individuals*

represented by **Christine E. Webber**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ezra Ungrich Cukor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Wardenski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kelly Parry–Johnson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Seran Gee**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Z Gabriel Arkles**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aniko Schwarcz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth McCarthy McDermott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Harini Srinivasan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sydney Duncan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Jamie Homnick                          represented by   **Harini Srinivasan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Wardenski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kelly Parry–Johnson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Seran Gee**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth McCarthy McDermott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christine E. Webber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Alma Avalle                          represented by   **Harini Srinivasan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Wardenski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kelly Parry–Johnson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Seran Gee**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth McCarthy McDermott**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Christine E. Webber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gennifer Herley**                     represented by   **Harini Srinivasan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Wardenski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kelly Parry–Johnson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Seran Gee**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth McCarthy McDermott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christine E. Webber**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Aetna Life Insurance Company**         represented by   **Abby M. Warren**
Robinson & Cole LLP
One State Street
Hartford, CT 06103
860–275–8215
Email: awarren@rc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher Anthony Costain**
Robinson & Cole LLP
One State Street
Hartford, CT 06103
860–275–8232
Fax: 860–275–8299
Email: ccostain@rc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Earl B. Austin , III**
Baker Botts L.L.P.
2001 Ross Avenue
Suite 900
Dallas, TX 75201–2980

214–953–6542
Fax: 214–661–4542
Email: earl.austin@bakerbotts.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Theodore J. Tucci**
Robinson & Cole LLP
One State Street
Hartford, CT 06103
860–275–8200
Fax: 860–275–8299
Email: ttucci@rc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah Reeves**
Baker Botts L.L.P.
30 Rockefeller Plaza
New York, NY 10112
212–408–2649
Email: sarah.reeves@bakerbotts.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/10/2024 | 1 | COMPLAINT against Aetna Life Insurance Company ( Filing fee $405 receipt number ACTDC–7897169.), filed by Binah Gordon, S. N., Kay Mayers. (Attachments: # 1 Civil Cover Sheet)(Wardenski, Joseph) (Entered: 09/10/2024) |
| 09/10/2024 | | Request for Clerk to issue summons as to Aetna Life Insurance Company. (Wardenski, Joseph) (Entered: 09/10/2024) |
| 09/10/2024 | 2 | MOTION for Attorney(s) Ezra Cukor to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC–7897457) by Binah Gordon, Kay Mayers, S. N.. (Attachments: # 1 Certificate of Good Standing)(Wardenski, Joseph) (Entered: 09/10/2024) |
| 09/10/2024 | 3 | MOTION for Attorney(s) Z Gabriel Arkles to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC–7897565) by Binah Gordon, Kay Mayers, S. N.. (Attachments: # 1 Certificate of Good Standing)(Wardenski, Joseph) (Entered: 09/10/2024) |
| 09/10/2024 | 4 | Notice: Pursuant to Federal Rule of Civil Procedure 7.1, a disclosure statement must be filed with a party's first appearance, pleading, petition, motion, response, or other request addressed to the Court and must be supplemented if any required information changes during the case. Signed by Clerk on 9/10/2024.(Maturo, F.) (Entered: 09/10/2024) |
| 09/10/2024 | | Judge Victor A. Bolden and Judge Maria E. Garcia added. (Oliver, T.) (Entered: 09/10/2024) |
| 09/10/2024 | | (Court only) ***Set MEG Flag (Oliver, T.) (Entered: 09/10/2024) |
| 09/10/2024 | 5 | MOTION for Attorney(s) Sydney Victoria Duncan to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC–7897955) by Binah Gordon, Kay Mayers, S. N.. (Attachments: # 1 Certificate of Good Standing)(Wardenski, Joseph) (Entered: 09/10/2024) |
| 09/10/2024 | 6 | MOTION to Proceed in Fictitious Name by S. N.. (Attachments: # 1 Text of Proposed Order)(Wardenski, Joseph) (Entered: 09/10/2024) |
| 09/10/2024 | 7 | Memorandum in Support re 6 MOTION to Proceed in Fictitious Name filed by S. N.. (Wardenski, Joseph) (Entered: 09/10/2024) |

| 09/10/2024 | 8 | Order on Pretrial Deadlines: Amended Pleadings due by 11/9/2024 Discovery due by 3/12/2025 Dispositive Motions due by 4/16/2025<br>Signed by Clerk on 9/10/2024.(Freberg, B) (Entered: 09/11/2024) |
|---|---|---|
| 09/10/2024 | 9 | ELECTRONIC FILING ORDER FOR COUNSEL – PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER<br>Signed by Judge Victor A. Bolden on 9/10/2024.(Freberg, B) (Entered: 09/11/2024) |
| 09/10/2024 | 10 | Standing Protective Order<br>Signed by Judge Victor A. Bolden on 9/10/2024.(Freberg, B) (Entered: 09/11/2024) |
| 09/10/2024 | 11 | Notice of Option to Consent to Magistrate Judge Jurisdiction.<br>(Freberg, B) (Entered: 09/11/2024) |
| 09/11/2024 | 12 | NOTICE TO COUNSEL/SELF–REPRESENTED PARTIES : Counsel or self–represented parties initiating or removing this action are responsible for serving all parties with attached documents and copies of 5 MOTION for Attorney(s) Sydney Victoria Duncan to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC–7897955) filed by Binah Gordon, S. N., Kay Mayers, 7 Memorandum in Support of Motion filed by S. N., 2 MOTION for Attorney(s) Ezra Cukor to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC–7897457) filed by Binah Gordon, S. N., Kay Mayers, 8 Order on Pretrial Deadlines, 10 Standing Protective Order, 11 Notice of Option to Consent to Magistrate Judge Jurisdiction, 9 Electronic Filing Order, 6 MOTION to Proceed in Fictitious Name filed by S. N., 4 Notice re: Disclosure Statement, 3 MOTION for Attorney(s) Z Gabriel Arkles to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC–7897565) filed by Binah Gordon, S. N., Kay Mayers, 1 Complaint filed by Binah Gordon, S. N., Kay Mayers<br>Signed by Clerk on 9/11/2024.(Freberg, B) (Entered: 09/11/2024) |
| 09/11/2024 | 13 | ORDER granting 2 Motion to Appear Pro Hac Vice for Attorney Ezra Cukor. Signed by Clerk on 9/11/2024. (Freberg, B) (Entered: 09/11/2024) |
| 09/11/2024 | 14 | ORDER granting 3 Motion to Appear Pro Hac Vice for Attorney Z Gabriel Arkles. Signed by Clerk on 9/11/2024. (Freberg, B) (Entered: 09/11/2024) |
| 09/11/2024 | 15 | ORDER granting 5 Motion to Appear Pro Hac Vice for Attorney Sydney Victoria Duncan. Signed by Clerk on 9/11/2024. (Freberg, B) (Entered: 09/11/2024) |
| 09/11/2024 | 16 | ELECTRONIC SUMMONS ISSUED in accordance with Fed. R. Civ. P. 4 and LR 4 as to *Aetna Life Insurance Company* with answer to complaint due within *21* days. Attorney *Joseph Wardenski* *Wardenski P.C.* *134 West 29th Street, Suite 709* *New York, NY 10001*. (Freberg, B) (Entered: 09/11/2024) |
| 09/13/2024 | 17 | MOTION for Attorney(s) Christine E. Webber, Aniko R. Schwarcz, and Harini Srinivasan to be Admitted Pro Hac Vice (paid $600 PHV fee; receipt number ACTDC–7903425) by Binah Gordon, Kay Mayers, S. N.. (Attachments: # 1 Affidavit of Christine E. Webber, # 2 Affidavit of Aniko R. Schwarcz, # 3 Affidavit of Harini Srinivasan)(Wardenski, Joseph) (Entered: 09/13/2024) |
| 09/17/2024 | 18 | ORDER granting 17 Motion to Appear Pro Hac Vice for Attorneys Christine E. Webber, Aniko R. Schwarcz, and Harini Srinivasan. Signed by Clerk on 9/17/2024. (Freberg, B) (Entered: 09/17/2024) |
| 09/19/2024 | 19 | NOTICE of Appearance by Theodore J. Tucci on behalf of Aetna Life Insurance Company (Tucci, Theodore) (Entered: 09/19/2024) |
| 09/19/2024 | 20 | NOTICE of Appearance by Abby M. Warren on behalf of Aetna Life Insurance Company (Warren, Abby) (Entered: 09/19/2024) |
| 09/19/2024 | 21 | NOTICE of Appearance by Christopher Anthony Costain on behalf of Aetna Life Insurance Company (Costain, Christopher) (Entered: 09/19/2024) |
| 09/23/2024 | 22 | NOTICE of Appearance by Aniko Schwarcz on behalf of Binah Gordon, Kay Mayers, S. N. (Schwarcz, Aniko) (Entered: 09/23/2024) |
| 09/23/2024 | 23 | NOTICE of Appearance by Christine E. Webber on behalf of Binah Gordon, Kay Mayers, S. N. (Webber, Christine) (Entered: 09/23/2024) |

| 09/23/2024 | 24 | NOTICE of Appearance by Harini Srinivasan on behalf of Binah Gordon, Kay Mayers, S. N. (Srinivasan, Harini) (Entered: 09/23/2024) |
|---|---|---|
| 09/23/2024 | 25 | NOTICE of Appearance by Sydney Duncan on behalf of Binah Gordon, Kay Mayers, S. N. (Duncan, Sydney) (Entered: 09/23/2024) |
| 09/24/2024 | 26 | NOTICE of Appearance by Ezra Ungrich Cukor on behalf of Binah Gordon, Kay Mayers, S. N. (Cukor, Ezra) (Entered: 09/24/2024) |
| 09/24/2024 | 27 | NOTICE of Appearance by Ezra Ungrich Cukor on behalf of Binah Gordon, Kay Mayers, S. N. (Cukor, Ezra) (Entered: 09/24/2024) |
| 09/24/2024 | 28 | MOTION for Extension of Time until November 18, 2024 Respond to Complaint 1 Complaint by Aetna Life Insurance Company. (Tucci, Theodore) (Entered: 09/24/2024) |
| 09/25/2024 | 29 | NOTICE of Appearance by Z Gabriel Arkles on behalf of Binah Gordon, Kay Mayers, S. N. (Arkles, Z Gabriel) (Entered: 09/25/2024) |
| 09/25/2024 | 30 | ORDER granting 28 Motion for Extension of Time. The deadline for Defendant to file a responsive pleading to the Complaint is extended to **November 18, 2024**. Signed by Judge Victor A. Bolden on 9/25/24. (Nelson, J) (Entered: 09/25/2024) |
| 09/25/2024 | 31 | RESPONSE re 7 Memorandum in Support of Motion, 6 MOTION to Proceed in Fictitious Name filed by Aetna Life Insurance Company. (Tucci, Theodore) (Entered: 09/25/2024) |
| 09/25/2024 | | Answer deadline updated for Aetna Life Insurance Company to 11/18/2024. (Murphy, T) (Entered: 10/07/2024) |
| 09/26/2024 | 32 | ORDER granting 6 Motion to Proceed in Fictitious Name. Signed by Judge Victor A. Bolden on 9/26/24. (Nelson, J) (Entered: 09/26/2024) |
| 09/30/2024 | 33 | ENTERED IN ERROR: SUMMONS Returned Executed by Binah Gordon, S. N., Kay Mayers. Aetna Life Insurance Company served on 9/13/2024, answer due 10/4/2024. (Wardenski, Joseph) Modified on 10/7/2024 (Murphy, T). (Entered: 09/30/2024) |
| 10/07/2024 | 34 | AFFIDAVIT of Service for Summons served on Aetna Life Insurance Company c/o CT Corporation System on 9/13/2024, filed by Binah Gordon, Kay Mayers, S. N.. (Murphy, T) (Entered: 10/07/2024) |
| 10/10/2024 | 35 | MOTION for Attorney(s) Sarah Reeves to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC–7932355) by Aetna Life Insurance Company. (Attachments: # 1 Exhibit Affidavit)(Tucci, Theodore) (Entered: 10/10/2024) |
| 10/10/2024 | 36 | MOTION for Attorney(s) Earl B. Austin to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC–7932378) by Aetna Life Insurance Company. (Attachments: # 1 Exhibit Affidavit)(Tucci, Theodore) (Entered: 10/10/2024) |
| 10/11/2024 | 37 | ORDER granting 35 Motion to Appear Pro Hac Vice for Attorney Sarah Reeves. Certificate of Good Standing due by 12/10/2024. Signed by Clerk on 10/11/2024. (Freberg, B) (Entered: 10/11/2024) |
| 10/11/2024 | 38 | ORDER denying 36 Motion to Appear Pro Hac Vice for Attorney Earl B. Austin for failure to comply with Local Rule 83.1. Signed by Clerk on 10/11/2024.(Freberg, B) (Entered: 10/11/2024) |
| 10/18/2024 | 39 | NOTICE of Appearance by Sarah Reeves on behalf of Aetna Life Insurance Company (Attachments: # 1 Certificate of Good Standing)(Reeves, Sarah) (Entered: 10/18/2024) |
| 10/22/2024 | 40 | NOTICE by Binah Gordon, Kay Mayers, S. N. *of firm name change* (Arkles, Z Gabriel) (Entered: 10/22/2024) |
| 10/28/2024 | 41 | Joint MOTION for Extension of Time *to Extend* Pretrial deadlines 8 Order on Pretrial Deadlines by Binah Gordon, Kay Mayers, S. N.. (Webber, Christine) (Entered: 10/28/2024) |
| 10/29/2024 | 42 | ORDER granting 41 Motion for Extension of Time. The following deadlines are adopted: |

|  |  |  |
|---|---|---|
|  |  | – Plaintiffs' First Amended Complaint is due **December 3, 2024**.<br>– Parties' Rule 26(f) Joint Report is due **December 23, 2024**.<br>– Parties' Stipulated Proposed Protective Order is due **December 23, 2024**.<br>– Defendant's answer or other response to the First Amended Complaint is due **January 10, 2025**.<br>– Plaintiffs' opposition to any motion to dismiss is due **February 21, 2025**.<br>– Defendant's reply to any opposition is due **March 14, 2025**.<br><br><br>Signed by Judge Victor A. Bolden on 10/29/24.<br>(Nelson, J) (Entered: 10/29/2024) |
| 10/31/2024 | 43 | MOTION for Attorney(s) Earl B. Austin to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC–7953856) by Aetna Life Insurance Company. (Attachments: # 1 Exhibit Affidavit)(Tucci, Theodore) (Entered: 10/31/2024) |
| 11/01/2024 | 44 | ORDER granting 43 Motion to Appear Pro Hac Vice for Attorney Earl B. Austin. Certificate of Good Standing due by 1/1/2025. Signed by Clerk on 11/1/2024. (Freberg, B) (Entered: 11/01/2024) |
| 11/04/2024 | 45 | NOTICE of Appearance by Earl B. Austin, III on behalf of Aetna Life Insurance Company (Attachments: # 1 TX Certificate of Good Standing, # 2 NY Certificate of Good Standing)(Austin, Earl) (Entered: 11/04/2024) |
| 12/03/2024 | 46 | AMENDED COMPLAINT against All Defendants, filed by Binah Gordon, S. N., Kay Mayers, Jamie Homnick, Alma Avalle.(Webber, Christine) (Entered: 12/03/2024) |
| 12/20/2024 | 47 | Consent MOTION for Extension of Time to extend pretrial deadlines by Aetna Life Insurance Company. (Tucci, Theodore) (Entered: 12/20/2024) |
| 12/23/2024 | 48 | ORDER **GRANTING** 47 Motion for Extension of Time. The Court adopts the following deadlines:<br><br>– Parties' Rule 26(f) report due **January 17, 2025**.<br>– Parties' stipulated proposed protective order due **January 17, 2025**.<br>– Response to the amended complaint due **January 31, 2025**.<br>– Plaintiff's opposition to any motion to dismiss due **March 14, 2025**.<br>– Reply to any response to the motion to dismiss due **April 4, 2025**.<br><br>Signed by Judge Victor A. Bolden on 12/23/24. (Nelson, J) (Entered: 12/23/2024) |
| 01/17/2025 | 49 | Joint REPORT of Rule 26(f) Planning Meeting. (Webber, Christine) (Entered: 01/17/2025) |
| 01/17/2025 | 50 | PROPOSED ORDER *(JOINT) [PROPOSED] AMENDED STIPULATED PROTECTIVE ORDER AND FED. R. EVID.502(d) AND (e) CLAWBACK AGREEMENT ORDER* by Jamie Homnick, Alma Avalle, Binah Gordon, Kay Mayers, S. N.. (Webber, Christine) (Entered: 01/17/2025) |
| 01/31/2025 | 51 | Joint MOTION for Extension of Time until February 7, 2025 to file the Parties' ESI Protocol 49 Report of Rule 26(f) Planning Meeting by Aetna Life Insurance Company. (Tucci, Theodore) (Entered: 01/31/2025) |
| 01/31/2025 | 52 | MOTION to Dismiss *Plaintiff's Amended Complaint – REDACTED* by Aetna Life Insurance Company.Responses due by 2/21/2025 (Attachments: # 1 Memorandum in Support of Motion to Dismiss, # 2 Declaration of Chris Libretti–Schon, # 3 Exhibit A – Conde Nast Plan Excerpts, # 4 Exhibit B – Conde Nast MSA, # 5 Declaration of Cheryl Sheehy, # 6 Exhibit A – FEHB Plan Excerpts 2022, # 7 Exhibit B FEHB Plan Excerpts 2023, # 8 Exhibit C FEHB Contract, # 9 Exhibit D – Mayers Overturn Letter REDACTED, # 10 Declaration of Hannah Goellner, # 11 Exhibit A B&L Plan Excerpts, # 12 Exhibit B B&L MSA, # 13 Declaration of Daniel Strickland, # 14 Exhibit A ASD Plan Excerpts, # 15 Exhibit B ASD MSA, # 16 Declaration of Brian Hodge – REDACTED, # 17 Exhibit A Plan Excerpts REDACTED, # 18 Exhibit B – MSA REDACTED, # 19 Declaration of Susan Powell – REDACTED, # 20 Exhibit A Avalle Letter REDACTED, # 21 Exhibit B Mayers Letter REDACTED, # 22 Exhibit C SN Letter REDACTED)(Tucci, Theodore) Modified to remove name from redacted exhibits on 2/3/2025 (Murphy, T). (Entered: 01/31/2025) |

| 01/31/2025 | 53 | MOTION to Seal Portions of Defendant's Motion to Dismiss Plaintiff's Amended Complaint with Supporting Declarations and Exhibits by Aetna Life Insurance Company. (Tucci, Theodore) (Entered: 01/31/2025) |
|---|---|---|
| 01/31/2025 | 54 | Sealed Document: Motion to Dismiss Plaintiff's Amended Complaint by Aetna Life Insurance Company re 53 MOTION to Seal Portions of Defendant's Motion to Dismiss Plaintiff's Amended Complaint with Supporting Declarations and Exhibits, 52 MOTION to Dismiss *Plaintiff's Amended Complaint – REDACTED* . (Attachments: # 1 Memorandum in Support of Defendant's Motion to Dismiss, # 2 Exhibit D to Declaration of Cheryl Sheehy – Mayers Overturn Letter, # 3 Declaration of Brian Hodge, # 4 Exhibit A to the Declaration of Brian Hudge – Plan Excerpts, # 5 Exhibit B to the Declaration of Brian Hodge – MSA, # 6 Declaration of Susan Powell, # 7 Exhibit A to the Declaration of Susan Powell – Avalle Letter, # 8 Exhibit B to the Declaration of Susan Powell – Mayers Letter, # 9 Exhibit C to the Declaration of Susan Powell – SN Letter)(Tucci, Theodore) Modified to remove name from intended redacted exhibit names on 2/3/2025 (Murphy, T). (Entered: 01/31/2025) |
| 02/03/2025 | 55 | ORDER **GRANTING** 51 Motion for Extension of Time until **February 7, 2025** for the Parties' ESI Protocol. Signed by Judge Victor A. Bolden on 2/3/25. (Nelson, J) (Entered: 02/03/2025) |
| 02/03/2025 | 56 | ORDER **GRANTING** 53 Motion to Seal. The Court finds that good cause exists to seal these documents and that sealing is supported by clear and compelling reasons and is narrowly tailored to serve those reasons. *See* D. Conn. L. Civ. R. 5(e); *see also Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 120 (2d Cir. 2006) ("[T]he presumption of access" to judicial documents may be overcome by "countervailing factors includ[ing] the privacy interest" of the parties. (citing *United States v. Amodeo*, 71 F.3d 1044, 1048 (2d Cir.1995))). Signed by Judge Victor A. Bolden on 2/3/25. (Nelson, J) (Entered: 02/03/2025) |
| 02/07/2025 | 57 | Joint STIPULATION *(ESI)* by Jamie Homnick, Alma Avalle, Binah Gordon, Kay Mayers, S. N.. (Srinivasan, Harini) (Entered: 02/07/2025) |
| 02/14/2025 | 58 | Joint MOTION to Set Schedule *and Expand Page Limit* by Alma Avalle, Binah Gordon, Jamie Homnick, Kay Mayers, S. N..Responses due by 3/7/2025 (Wardenski, Joseph) (Entered: 02/14/2025) |
| 02/18/2025 | 59 | ORDER **GRANTING** 58 Motion to continue case schedule and extend page limit.<br><br>The following deadlines are adopted:<br>Plaintiffs' Second Amended Complaint due **February 28, 2025**.<br>Defendant's motion to dismiss Second Amended Complaint due **March 28, 2025**.<br>Plaintiffs' opposition to motion to dismiss due **April 18, 2025**.<br>Defendant's reply to motion to dismiss due **May 9, 2025**.<br><br>The page limit for the renewed motion to dismiss is extended to 45 pages.<br><br>Signed by Judge Victor A. Bolden on 2/18/25. (Nelson, J) (Entered: 02/18/2025) |
| 02/28/2025 | 60 | AMENDED COMPLAINT *(Second Amended)* against Aetna Life Insurance Company, filed by Binah Gordon, S. N., Jamie Homnick, Kay Mayers, Alma Avalle, Gennifer Herley.(Webber, Christine) (Entered: 02/28/2025) |
| 03/03/2025 | 61 | MOTION for Preliminary Injunction by Gennifer Herley, Jamie Homnick.Responses due by 3/24/2025 (Srinivasan, Harini) (Entered: 03/03/2025) |
| 03/03/2025 | 62 | Memorandum in Support re 61 MOTION for Preliminary Injunction filed by Gennifer Herley, Jamie Homnick. (Attachments: # 1 Exhibit Berli, # 2 Exhibit Gorton, # 3 Exhibit Homnick, # 4 Exhibit Shaw, # 5 Exhibit Herley, # 6 Exhibit Seward, # 7 Exhibit CPB, # 8 Exhibit State Amendments to CPB)(Srinivasan, Harini) (Entered: 03/03/2025) |
| 03/03/2025 | 63 | *SEALED* MOTION to Seal Memorandum in Support of Preliminary Injunction and Exhibits by Gennifer Herley, Jamie Homnick. (Attachments: # 1 Memorandum in Support, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit)(Srinivasan, Harini) (Entered: 03/03/2025) |

| 03/04/2025 | 64 | ORDER **GRANTING** 63 Motion to Seal Memorandum in Support of Preliminary Injunction and Exhibits 2, 3, 4, and 5. The Court finds that good cause exists to seal these documents and that sealing is supported by clear and compelling reasons and is narrowly tailored to serve those reasons. *See* D. Conn. L. Civ. R. 5(e); *see also Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 120 (2d Cir. 2006) ("[T]he presumption of access" to judicial documents may be overcome by "countervailing factors includ[ing] the privacy interest" of the parties. (citing *United States v. Amodeo*, 71 F.3d 1044, 1048 (2d Cir.1995))). Signed by Judge Victor A. Bolden on 3/4/25. (Nelson, J) (Entered: 03/04/2025) |
|---|---|---|
| 03/04/2025 | 65 | Amended EXHIBIT *3 (Redacted)* by Gennifer Herley, Jamie Homnick re 62 Memorandum in Support of Motion,. (Srinivasan, Harini) (Entered: 03/04/2025) |
| 03/10/2025 | 66 | MOTION for Attorney(s) Kelly Parry–Johnson to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC–8092300) by Alma Avalle, Binah Gordon, Gennifer Herley, Jamie Homnick, Kay Mayers, S. N.. (Attachments: # 1 Certificate of Good Standing)(Wardenski, Joseph) (Entered: 03/10/2025) |
| 03/10/2025 | 67 | NOTICE OF E–FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. Telephonic Status Conference set for 3/12/2025 at 12:00 PM before Judge Victor A. Bolden.<br><br>**Dial in by phone**:+1 203–684–6202,,708406856#<br>**Phone conference ID**: 708 406 856#<br><br>(Nelson, J) (Entered: 03/10/2025) |
| 03/12/2025 | 68 | Minute Entry for proceedings held before Judge Victor A. Bolden: Status Conference held on 3/12/2025. 15 minutes. (Court Reporter Heather Ireland) (Nelson, J) (Entered: 03/12/2025) |
| 03/12/2025 | 69 | ORDER. Based on the status conference, the parties are directed to confer and file a joint report by **March 14, 2025**, proposing a briefing schedule for the motion for preliminary injunction, ECF No. 61, and describing any remaining discovery disputes related to the briefing of that motion.<br>Signed by Judge Victor A. Bolden on 3/12/25. (Nelson, J) (Entered: 03/12/2025) |
| 03/13/2025 | 70 | ORDER granting 66 Motion to Appear Pro Hac Vice for Attorney Kelly Parry–Johnson. Signed by Clerk on 3/13/2025. (Freberg, B) (Entered: 03/13/2025) |
| 03/13/2025 | 71 | NOTICE of Appearance by Kelly Parry–Johnson on behalf of Alma Avalle, Binah Gordon, Gennifer Herley, Jamie Homnick, Kay Mayers, S. N. (Parry–Johnson, Kelly) (Entered: 03/13/2025) |
| 03/14/2025 | 72 | Joint STATUS REPORT by Alma Avalle, Binah Gordon, Gennifer Herley, Jamie Homnick, Kay Mayers, S. N.. (Srinivasan, Harini) (Entered: 03/14/2025) |
| 03/17/2025 | 73 | ORDER. Consistent with the Court's "inherent authority to manage [its] dockets and courtrooms with a view toward the efficient and expedient resolution of cases," *Dietz v. Bouldin*, 579 U.S. 40, 47 (2016), as well as having reviewed the parties' status report, ECF No. 72, and considered their respective positions, the deadline for the filing of a response to the pending motion for preliminary injunction, ECF No. 61, shall be extended to **April 11, 2024**, and any reply to that response to **April 25, 2025**. To the extent that Plaintiffs need additional time to file a reply, the Court will grant leave to seek such time. At this time, the Court sees no need to issue any orders regarding expedited discovery. But the parties are free to seek the Courts guidance through the filing of a joint motion for a discovery conference, consistent with the Court's Chambers Practices, *available at* https://www.ctd.uscourts.gov/content/victor–bolden, to the extent necessary. Finally, to the extent necessary, the time for filing Defendant's motion to dismiss Plaintiffs' Second Amended Complaint is extended to **April 4, 2025**, although if Defendant needed additional time, the Court will grant leave to seek such time.<br>Signed by Judge Victor A. Bolden on 3/17/25.(Nelson, J) (Entered: 03/17/2025) |
| 03/18/2025 | 74 | Set/Reset Deadlines as to 61 MOTION for Preliminary Injunction . Responses due by 4/11/2025 (Lewis, D) (Entered: 03/18/2025) |

| 03/19/2025 | 75 | Joint MOTION for Extension of Time until 4/11/2025 Defendant's Motion to Dismiss by Alma Avalle, Binah Gordon, Gennifer Herley, Jamie Homnick, Kay Mayers, S. N.. (Srinivasan, Harini) (Entered: 03/19/2025) |
|---|---|---|
| 03/20/2025 | 76 | ORDER **GRANTING** 75 Motion for Extension of Time. Defendant's Motion to Dismiss is due **4/11/2025**; Plaintiffs' Opposition is due **5/16/2025**; and Defendant's Reply is due **6/6/2025**. Signed by Judge Victor A. Bolden on 3/20/2025. (Lewis, D) (Entered: 03/20/2025) |
| 04/11/2025 | 77 | MOTION to Seal Portions of Defendant's Motion to Dismiss Plaintiff's Amended Complaint with Supporting Declarations and Exhibits by Aetna Life Insurance Company. (Tucci, Theodore) (Entered: 04/11/2025) |
| 04/11/2025 | 78 | MOTION to Dismiss *REDACTED* by Aetna Life Insurance Company.Responses due by 5/2/2025 (Attachments: # 1 Memorandum in Support REDACTED, # 2 Declaration of Chris Libretti–Schon, # 3 Exhibit A Conde Nast Plan Excerpts, # 4 Exhibit B Conde Nast MSA, # 5 Declaration of Cheryl Sheehy, # 6 Exhibit A FEHB Plan Excerpts 2022, # 7 Errata B FEHB Plan Excerpts 2023, # 8 Exhibit C FEHB Contract, # 9 Exhibit D Gordon Overturn Letter REDACTED, # 10 Declaration of Hannah Goellner, # 11 A – B&L 2024 Plan Excerpts, # 12 Exhibit B – B&L 2025 Plan Excerpts, # 13 Exhibit C – B&L MSA, # 14 Declaration of Daniel Strickland, # 15 Exhibit A – A ASD Plan Excerpts, # 16 Exhibit B – ASD MSA, # 17 Declaration of Brian Hodge REDACTED, # 18 Exhibit A – Plan Excerpts REDACTED, # 19 Exhibit B – MSA REDACTED, # 20 Declaration of Susan Powell REDACTED, # 21 Exhibit A – Avalle Letter REDACTED, # 22 Exhibit B – Mayers Letter REDACTED, # 23 Exhibit C – SN Letter REDACTED, # 24 Exhibit D – Homnick Appeal Letter REDACTED, # 25 Exhibit E – Homnick NYS Complaint REDACTED, # 26 Exhibit F – Homnick 2nd NYS Complaint REDACTED, # 27 Exhibit G – Herley Denial Letter REDACTED, # 28 Declaration of Cheryl Aronson, # 29 Exhibit A – MTA Plan, # 30 Exhibit B – MTA ASA)(Tucci, Theodore) (Entered: 04/11/2025) |
| 04/11/2025 | 79 | SEALED MOTION – Motion to Dismiss Plaintiff's Second Amended Complaint by Aetna Life Insurance Company. (Attachments: # 1 Memorandum in Support of Motion to Dismiss, # 2 Declaration of Chris Libretti–Schon, # 3 Exhibit A Conde Nast Plan Excerpts, # 4 Exhibit B Conde Nast MSA, # 5 Declaration of Cheryl Sheehy, # 6 Exhibit A FEHB Plan Excerpts 2022, # 7 Exhibit B FEHB Plan Excerpts 2023, # 8 Exhibit C FEHB Contract, # 9 Exhibit D Gordon Overturn Letter, # 10 Declaration of Hannah Goellner, # 11 Exhibit A – B&L 2024 Plan Excerpts, # 12 Exhibit B – B&L 2025 Plan Excerpts, # 13 Exhibit C – B&L MSA, # 14 Declaration of Daniel Strickland, # 15 Exhibit A – A ASD Plan Excerpts, # 16 Exhibit B – ASD MSA, # 17 Declaration of Brian Hodge, # 18 Exhibit A – Plan Excerpts REDACTED, # 19 Exhibit B – MSA, # 20 Declaration of Susan Powell, # 21 Exhibit A – Avalle Letter, # 22 Exhibit B – Mayers Letter, # 23 Exhibit C – SN Letter, # 24 Exhibit D – Homnick Appeal Letter, # 25 Exhibit E – Homnick NYS Complaint, # 26 Exhibit F – Homnick 2nd NYS Complaint, # 27 Exhibit G – Herley Denial Letter, # 28 Declaration of Cheryl Aronson, # 29 Exhibit A – MTA Plan, # 30 Exhibit B – MTA ASA)(Tucci, Theodore) (Entered: 04/11/2025) |
| 04/11/2025 | 80 | MOTION to Seal Portions of Defendant's Opposition to Plaintiffs' Motion for Preliminary Injunction and Supporting Declarations and Exhibits by Aetna Life Insurance Company. (Tucci, Theodore) (Entered: 04/11/2025) |
| 04/11/2025 | 81 | Memorandum in Opposition re 61 MOTION for Preliminary Injunction filed by Aetna Life Insurance Company. (Tucci, Theodore) (Entered: 04/11/2025) |
| 04/11/2025 | 82 | AFFIDAVIT re 81 Memorandum in Opposition to Motion – *Declaration of Deborah Rudolph* Signed By Deborah Rudolph filed by Aetna Life Insurance Company. (Tucci, Theodore) (Entered: 04/11/2025) |
| 04/11/2025 | 83 | AFFIDAVIT re 81 Memorandum in Opposition to Motion – *Declaration of Robert McDonough* Signed By Robert McDonough filed by Aetna Life Insurance Company. (Tucci, Theodore) (Entered: 04/11/2025) |
| 04/11/2025 | 84 | AFFIDAVIT re 81 Memorandum in Opposition to Motion – *Declaration of Dorothea Verbrugge* Signed By Dorothea Verbrugge filed by Aetna Life Insurance Company. (Tucci, Theodore) (Entered: 04/11/2025) |

| | | |
|---|---|---|
| 04/11/2025 | 85 | AFFIDAVIT re 81 Memorandum in Opposition to Motion – *Declaration of Sarah E. Reeves* Signed By Sarah E. Reeves filed by Aetna Life Insurance Company. (Attachments: # 1 Exhibit A – Dep Tr. of Jamie Homnick Slipsheet, # 2 Exhibit B – Dep. Ex 3 – REDACTED, # 3 Exhibit C – Dep. Ex 4 REDACTED, # 4 Exhibit D – Dep. Ex 5 REDACTED, # 5 Exhibit E – BATES001566 Slipsheet, # 6 Exhibit F – BATES001567 Slipsheet, # 7 Exhibit G – BATES001568 Slipsheet, # 8 Exhibit H – BATES001568 Slipsheet )(Tucci, Theodore) (Entered: 04/11/2025) |
| 04/11/2025 | 86 | AFFIDAVIT re 81 Memorandum in Opposition to Motion – *Declaration of Hannah Goellner* Signed By Hannah Goellner filed by Aetna Life Insurance Company. (Attachments: # 1 Exhibit A – BL 2024 Plan, # 2 Exhibit B – BL 2025 Plan, # 3 Exhibit C – BL MSA, # 4 Exhibit D – REL000014191 REDACTED, # 5 Exhibit E – REL000033398, # 6 Exhibit F – REL00007842_0002)(Tucci, Theodore) (Entered: 04/11/2025) |
| 04/11/2025 | 87 | AFFIDAVIT re 81 Memorandum in Opposition to Motion – *Declaration of Cheryl Aronson* Signed By Cheryl Aronson filed by Aetna Life Insurance Company. (Attachments: # 1 Exhibit A – MTA Plan, # 2 Exhibit B – MTA ASA, # 3 Exhibit C – REL001576985, # 4 Exhibit D – REL001576653_0001)(Tucci, Theodore) (Entered: 04/11/2025) |
| 04/11/2025 | 88 | AFFIDAVIT re 81 Memorandum in Opposition to Motion – *Declaration of Susan Powell* Signed By Susan Powell filed by Aetna Life Insurance Company. (Attachments: # 1 Exhibit A – Homnick Appeal Letter REDACTED, # 2 Exhibit B – Homnick NYS Complaint REDACTED, # 3 Exhibit C – Homnick 2nd NYS Complaint –– REDACTED, # 4 Exhibit D – Herley Denial Letter REDACTED)(Tucci, Theodore) (Entered: 04/11/2025) |
| 04/11/2025 | 89 | Sealed Document: Dep Tr. Of Jamie Homnick by Aetna Life Insurance Company re 85 Affidavit,, *(Exhibit A)*. (Tucci, Theodore) (Entered: 04/11/2025) |
| 04/11/2025 | 90 | Sealed Document: Dep. Ex 3 by Aetna Life Insurance Company re 85 Affidavit,, *(Exhibit B)*. (Tucci, Theodore) (Entered: 04/11/2025) |
| 04/11/2025 | 91 | Sealed Document: Dep. Ex 4 by Aetna Life Insurance Company re 85 Affidavit,, *(Exhibit C)*. (Tucci, Theodore) (Entered: 04/11/2025) |
| 04/11/2025 | 92 | Sealed Document: Dep. Ex 5 by Aetna Life Insurance Company re 85 Affidavit,, *(Exhibit D)*. (Tucci, Theodore) (Entered: 04/11/2025) |
| 04/11/2025 | 93 | Sealed Document: BATES001566 by Aetna Life Insurance Company re 85 Affidavit,, *(Exhibit E)*. (Tucci, Theodore) (Entered: 04/11/2025) |
| 04/11/2025 | 94 | Sealed Document: BATES001567 by Aetna Life Insurance Company re 85 Affidavit,, *(Exhibit F)*. (Tucci, Theodore) (Entered: 04/11/2025) |
| 04/11/2025 | 95 | Sealed Document: BATES001568 by Aetna Life Insurance Company re 85 Affidavit,, *(Exhibit G)*. (Tucci, Theodore) (Entered: 04/11/2025) |
| 04/11/2025 | 96 | Sealed Document: BATES000457 by Aetna Life Insurance Company re 85 Affidavit,, *(Exhibit H)*. (Tucci, Theodore) (Entered: 04/11/2025) |
| 04/11/2025 | 97 | Sealed Document: REL000014191 by Aetna Life Insurance Company re 86 Affidavit, *(Exhibit D)*. (Tucci, Theodore) (Entered: 04/11/2025) |
| 04/11/2025 | 98 | Sealed Document: Homnick Appeal Letter by Aetna Life Insurance Company re 88 Affidavit, *(Exhibit A)*. (Tucci, Theodore) (Entered: 04/11/2025) |
| 04/11/2025 | 99 | Sealed Document: Homnick NYS Complaint by Aetna Life Insurance Company re 88 Affidavit, *(Exhibit B)*. (Tucci, Theodore) (Entered: 04/11/2025) |
| 04/11/2025 | 100 | Sealed Document: Homnick 2nd NYS Complaint by Aetna Life Insurance Company re 88 Affidavit, *(Exhibit C)*. (Tucci, Theodore) (Entered: 04/11/2025) |
| 04/11/2025 | 101 | Sealed Document: Herley Denial Letter by Aetna Life Insurance Company re 88 Affidavit, *(Exhibit D)*. (Tucci, Theodore) (Entered: 04/11/2025) |
| 04/14/2025 | 102 | Memorandum in Opposition re 61 MOTION for Preliminary Injunction filed by Aetna Life Insurance Company. (Tucci, Theodore) (Entered: 04/14/2025) |

| 04/14/2025 | 103 | SCHEDULING ORDER: The Court adopts the following schedule for pre–trial deadlines based on the parties' Rule 26(f) Report, the Court's preferences with respect to scheduling, and the Court's current calendar:<br><br>– Fact depositions shall be completed by **October 31, 2025**.<br>– Designation of expert witnesses due by **November 7, 2025** (bear burden of proof).<br>– Depositions of expert witnesses shall be completed by **December 19, 2025** (bear burden of proof).<br>– Designation of expert witnesses due by **January 23, 2026** (do not bear burden of proof).<br>– Depositions of expert witnesses shall be completed by **February 27, 2026** (do not bear burden of proof).<br>– All discovery shall close by **February 27, 2026**.<br>– If, after the close of discovery, the parties wish to meet with a Magistrate Judge to discuss settlement, the parties may jointly file such a request by **March 6, 2026**.<br>– Motion for class certification due by **April 24, 2026**.<br><br>Signed by Judge Victor A. Bolden on 4/14/25. (Nelson, J) (Entered: 04/14/2025) |
| --- | --- | --- |
| 04/14/2025 | 104 | ORDER. Based on the parties' proposed stipulated protective order, ECF No. 50, the Court enters the attached Order.<br>Signed by Judge Victor A. Bolden on 4/14/25. (Attachments: # 1 Appendix Appendix A: Protective Order Undertaking) (Nelson, J) (Entered: 04/14/2025) |
| 04/14/2025 | 105 | ORDER **GRANTING** 80 Motion to Seal Portions of the Defendant's Opposition to Plaintiffs' Motion for Preliminary Injunctions. The Court finds that good cause exists to seal these documents and that sealing is supported by clear and compelling reasons and narrowly tailored to serve those reasons, and is consistent with the Court's Standing Protective Order, ECF No. 10, and the Stipulated Protective Order, ECF No. 104. *See* D. Conn. L. Civ. R. 5(e); *see also Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 120 (2d Cir. 2006) ("[T]he presumption of access" to judicial documents may be overcome by "countervailing factors includ[ing] the privacy interest" of the parties. (citing *United States v. Amodeo*, 71 F.3d 1044, 1048 (2d Cir.1995))). Signed by Judge Victor A. Bolden on 4/14/25. (Nelson, J) (Entered: 04/14/2025) |
| 04/14/2025 | 106 | ORDER **GRANTING** 77 Motion to Seal Portions of Defendant's Motion to Dismiss and supporting memorandum and exhibits. The Court finds that good cause exists to seal these documents and that sealing is supported by clear and compelling reasons and narrowly tailored to serve those reasons, and is consistent with the Court's Standing Protective Order, ECF No. 10, the Order allowing S.N. to proceed pseudonymously, ECF No. 32, and the Stipulated Protective Order, ECF No. 104. *See* D. Conn. L. Civ. R. 5(e); *see also Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 120 (2d Cir. 2006) ("[T]he presumption of access" to judicial documents may be overcome by "countervailing factors includ[ing] the privacy interest" of the parties. (citing *United States v. Amodeo*, 71 F.3d 1044, 1048 (2d Cir.1995))). Signed by Judge Victor A. Bolden on 4/14/25. (Nelson, J) (Entered: 04/14/2025) |
| 04/14/2025 | 107 | MOTION for Attorney(s) Seran Gee to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number CCTDC–8135493) by Alma Avalle, Binah Gordon, Gennifer Herley, Jamie Homnick, Kay Mayers, S. N.. (Attachments: # 1 Certificate of Good Standing)(Wardenski, Joseph) (Entered: 04/14/2025) |
| 04/15/2025 | 108 | ORDER granting 107 Motion for Attorney Seran Gee to Appear Pro Hac Vice. Signed by Clerk on 4/15/25. (Velez, F) (Entered: 04/15/2025) |
| 04/17/2025 | 109 | MOTION for Leave to File Excess Pages *(Unopposed)* by Alma Avalle, Binah Gordon, Gennifer Herley, Jamie Homnick, Kay Mayers, S. N.. (Srinivasan, Harini) (Entered: 04/17/2025) |
| 04/18/2025 | 110 | ORDER **GRANTING** 109 Motion for Leave to File Excess Pages for the Plaintiffs' reply to the response to the motion for preliminary injunction. Signed by Judge Victor A. Bolden on 4/18/25. (Nelson, J) (Entered: 04/18/2025) |
| 04/22/2025 | 111 | NOTICE of Appearance by Seran Gee on behalf of Alma Avalle, Binah Gordon, Gennifer Herley, Jamie Homnick, Kay Mayers, S. N. *and on behalf of all similarly situated individuals* (Gee, Seran) (Entered: 04/22/2025) |

| | | |
|---|---|---|
| 04/23/2025 | 112 | MOTION for Extension of Time until April 29, 2025*(Unopposed)* to file Reply to Defendant's Opposition 81 Memorandum in Opposition to Motion by Alma Avalle, Binah Gordon, Gennifer Herley, Jamie Homnick, Kay Mayers, S. N.. (Srinivasan, Harini) (Entered: 04/23/2025) |
| 04/24/2025 | 113 | ORDER **GRANTING** 112 Motion for Extension of Time until **April 29, 2025** to file a response to the opposition to the motion for preliminary injunction. Signed by Judge Victor A. Bolden on 4/24/25. (Nelson, J) (Entered: 04/24/2025) |
| 04/29/2025 | 114 | REPLY to Response to 61 MOTION for Preliminary Injunction filed by Alma Avalle, Binah Gordon, Gennifer Herley, Jamie Homnick, Kay Mayers, S. N.. (Attachments: # 1 Exhibit 1 – Rebuttal Declaration of R. Nicholas Gorton, M.D., # 2 Attachment A to Gorton Rebuttal Declaration (WPATH SOC 8), # 3 Attachment B to Gorton Rebuttal Declaration (Coon et al. article), # 4 Attachment C to Gorton Rebuttal Declaration (Ainsworth et al. article), # 5 Attachment D to Gorton Rebuttal Declaration (Morrison et al. article))(Wardenski, Joseph) (Entered: 04/29/2025) |
| 04/30/2025 | 115 | Amended EXHIBIT *2 (redacted)* by Gennifer Herley, Jamie Homnick re 62 Memorandum in Support of Motion,. (Srinivasan, Harini) (Entered: 04/30/2025) |
| 05/06/2025 | 116 | MOTION for Leave to File *Surreply* by Aetna Life Insurance Company. (Attachments: # 1 Exhibit 1 – Surreply, # 2 Exhibit A to Surreply – McDonough Declaration, # 3 Exhibit B to Surreply – Aronson Declaration, # 4 Exhibit C to Surreply – Goellner Declaration, # 5 Exhibit D to Surreply – Rudolph Declaration)(Tucci, Theodore) (Entered: 05/06/2025) |
| 05/07/2025 | 117 | ORDER **GRANTING** 116 Motion for Leave to File Sur–Reply. Sur–reply due **May 9, 2025**. Signed by Judge Victor A. Bolden on 5/7/25. (Nelson, J) (Entered: 05/07/2025) |
| 05/08/2025 | 118 | MOTION for Leave to File *Sur–Rebuttal in Further Support of Their Motion for Preliminary Injunction* by Gennifer Herley, Jamie Homnick. (Srinivasan, Harini) (Entered: 05/08/2025) |
| 05/09/2025 | 119 | ORDER **GRANTING** 118 Motion for Leave to File Sur–Rebuttal of no more than five (5) pages by **May 9, 2025**. Signed by Judge Victor A. Bolden on 5/9/25. (Nelson, J) (Entered: 05/09/2025) |
| 05/09/2025 | 120 | RESPONSE re 114 Reply to Response to Motion,, *Surreply in Further Opposition to Plaintiffs Jamie Homnick and Gennifer Herley's Reply in Support of their Motion for Preliminary Injunction* filed by Aetna Life Insurance Company. (Attachments: # 1 Exhibit A – McDonough Declaration, # 2 Exhibit B – Aronson Declaration, # 3 Exhibit C – Goellner Declaration, # 4 Exhibit D – Rudolph Declaration)(Tucci, Theodore) (Entered: 05/09/2025) |
| 05/09/2025 | 121 | RESPONSE re 120 Response, *(Sur–Rebuttal in Support of Motion for Preliminary Injunction)* filed by Gennifer Herley, Jamie Homnick. (Srinivasan, Harini) (Entered: 05/09/2025) |
| 05/14/2025 | 122 | MOTION for Attorney(s) Elizabeth M. McDermott to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC–8169144) by Alma Avalle, Binah Gordon, Gennifer Herley, Jamie Homnick, Kay Mayers, S. N.. (Attachments: # 1 Affidavit of Visiting Attorney, # 2 Exhibit Certificate of Good Standing)(Wardenski, Joseph) (Entered: 05/14/2025) |
| 05/16/2025 | 123 | Memorandum in Opposition re 79 SEALED MOTION – Motion to Dismiss Plaintiff's Second Amended Complaint, 78 MOTION to Dismiss *REDACTED* filed by Alma Avalle, Binah Gordon, Gennifer Herley, Jamie Homnick, Kay Mayers, S. N.. (Attachments: # 1 Exhibit CPB 0615, # 2 Exhibit CPB 0031, # 3 Exhibit State information, # 4 Appendix, # 5 Appendix)(Parry–Johnson, Kelly) (Entered: 05/16/2025) |
| 05/19/2025 | 124 | ORDER granting 122 Motion to Appear Pro Hac Vice for Attorney Elizabeth M. McDermott. Signed by Clerk on 5/19/2025. (Freberg, B) (Entered: 05/19/2025) |
| 05/29/2025 | 125 | NOTICE of Appearance by Elizabeth McCarthy McDermott on behalf of Alma Avalle, Binah Gordon, Gennifer Herley, Jamie Homnick, Kay Mayers, S. N. (McDermott, Elizabeth) (Entered: 05/29/2025) |

| 06/06/2025 | 126 | REPLY to Response to 78 MOTION to Dismiss *REDACTED* filed by Aetna Life Insurance Company. (Tucci, Theodore) (Entered: 06/06/2025) |
|---|---|---|
| 08/14/2025 | 127 | ORDER finding as moot 52 Motion to Dismiss. In light of the filing of the Second Amended Complaint, ECF No. 60, the motion to dismiss the First Amended Complaint is **DENIED as moot**. *See In re Crysen/Montenay Energy Co.*, 226 F.3d 160, 162 (2d Cir. 2000) ("It is well settled that an amended pleading ordinarily supersedes the original and renders it of no legal effect."). <br><br>Signed by Judge Victor A. Bolden on 8/14/25. (Nelson, J) (Entered: 08/14/2025) |
| 10/24/2025 | 128 | Joint MOTION for Extension of Time *of* Discovery Deadlines 103 Scheduling Order,,,, by Alma Avalle, Binah Gordon, Gennifer Herley, Jamie Homnick, Kay Mayers, S. N.. (Srinivasan, Harini) (Entered: 10/24/2025) |
| 10/27/2025 | 129 | ORDER granting 128 Motion for Extension of Time. <br><br>The Court **GRANTS** the joint motion for extension of time. The new deadlines are as follows: <br><br>–Parties shall complete productions for outstanding discovery requests and narrow any discovery disputes by **February 13, 2026**. <br>–Parties shall bring any discovery disputes by **February 27, 2026**. <br>–Fact depositions will be completed by **April 17, 2026**. <br>–Parties will designate all trial experts and provide opposing counsel with reports from retained experts on any issues on which they bear the burden of proof by **April 24, 2026**. Depositions of any such experts will be completed by **June 5, 2026**. <br>–Parties will designate all trial experts and provide opposing counsel with reports from retained experts on any issues on which they do not bear the burden of proof by **July 10, 2026**. Depositions of such experts will be completed by **August 14, 2026**. <br>–All discovery will be completed by **August 14, 2026**. <br>–Joint request for settlement conference due by **August 21, 2026**. <br>–Motion for class certification due by **October 9, 2026**. <br><br>Signed by Judge Victor A. Bolden on 10/27/2025. (Srinivasan, N) (Entered: 10/27/2025) |
| 10/27/2025 | | Set Deadline: Discovery due by 8/14/2026; Request for Class Certification due by 10/9/2026. (Velez, F) (Entered: 10/28/2025) |
| 11/07/2025 | 130 | ORDER. To discuss two pending motions, the motion for preliminary injunction, ECF No. 61 , and the motion to dismiss, ECF No. 78 , the Court will hold a telephonic status conference on **November 13, 2025, at 3:00 p.m.** The purpose of the conference is to determine whether both motions can be addressed at a single proceeding, and if so, how much time would be needed, and whether the taking of testimony would be required. The parties also should be prepared to discuss their availability for any such proceeding. If these motions can be addressed in a single day, the Court may be able to schedule something as early as December 15, 2025, and if not, possibly January 8, 2026. <br><br>Signed by Judge Victor A. Bolden on 11/7/2025. (Srinivasan, N) (Entered: 11/07/2025) |
| 11/07/2025 | 131 | NOTICE OF E–FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. A Telephone Status Conference is set for 11/13/2025 at 03:00 PM in Remote Setting before Judge Victor A. Bolden. <br><br>**To Join the Conference, dial: 1 203–684–6202** <br><br>Enter Conference ID: 571 961 356# <br><br>(Velez, F) (Entered: 11/10/2025) |

| 11/13/2025 | 132 | Minute Entry for proceedings held before Judge Victor A. Bolden: Telephonic Status Conference held on 11/13/2025. Total Time: 0 hours and 8 minutes (Court Reporter Heather Ireland). |
| | | Discussed pending motion to dismiss, ECF No. 79 , and motion for preliminary injunction, ECF No. 61 . Hearing will take place on **January 8, 2026**, at 10:00 AM. |
| | | (Srinivasan, N) (Entered: 11/13/2025) |
| 11/13/2025 | 133 | NOTICE OF E–FILED CALENDAR re: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. A Motion Hearing is set for 1/8/2026 at 10:00 AM in Courtroom Two, 141 Church St., New Haven, CT before Judge Victor A. Bolden. (Velez, F) (Entered: 11/13/2025) |
| 12/18/2025 | 134 | NOTICE by Aetna Life Insurance Company re 102 Memorandum in Opposition to Motion, 78 MOTION to Dismiss *REDACTED – Aetna Life Insurance Co.'s Notice of Supplemental Authority* (Attachments: # 1 Exhibit A – Copy of June 18, 2025 Decision in United States v. Skrmetti, 605 U.S. 495 (2025), # 2 Exhibit B – Copy of September 9, 2025 en banc opinion in Lange v. Houston County, 152 F. 6th 1245 (11 Cir. 2025), # 3 Exhibit C – Copy of November 17, 2025 Decision in Pritchard on behalf of C.P. v. Blue Cross Blue Shield of Illinois, 159 F.4th 646 (9th Cir. 2025), # 4 Exhibit D – Copy of August 12, 2025 Decision in Brandt v. Griffin, 147 F.4th 867 (8th Cir. 2025), # 5 Exhibit E – Copy of August 6, 2025 10th Circuit opinion in Poe by and through Poe v. Drummond, 149 F4th 1107 (10th Cir. 2025))(Tucci, Theodore) (Entered: 12/18/2025) |
| 12/19/2025 | 135 | MOTION to Strike 134 Notice (Other),,, *and to Order Supplemental Post–Argument Briefing* by Alma Avalle, Binah Gordon, Gennifer Herley, Jamie Homnick, Kay Mayers, S. N..Responses due by 1/9/2026 (Wardenski, Joseph) (Entered: 12/19/2025) |
| 12/20/2025 | 136 | ORDER denying 135 Motion to Strike and to Order Supplemental Briefing. |
| | | The Court **DENIES** the motion to strike and to order supplemental post–argument briefing without prejudice to renewal, following the January 8, 2026 hearing. *See Dietz v. Bouldin*, 579 U.S. 40, 47 (2016) ("[D]istrict courts have the inherent authority to manage their dockets and courtrooms with a view toward the efficient and expedient resolution of cases."). |
| | | To the extent that any of the issues raised by Defendant's notice of supplemental authority require further briefing, those issues can be resolved at or following the currently scheduled hearing. |
| | | Signed by Judge Victor A. Bolden on 12/20/2025. (Srinivasan, N) (Entered: 12/20/2025) |
| 01/08/2026 | 137 | ORDER. |
| | | Following today's hearing on the pending motion for a preliminary injunction, ECF No. 61 , parties are **ORDERED** to submit supplemental briefing by **January 23, 2026**. Replies are due **January 30, 2026**. |
| | | Signed by Judge Victor A. Bolden on 01/08/2026. (Srinivasan, N) (Entered: 01/08/2026) |
| 01/08/2026 | 138 | Minute Entry for Proceedings held on 1/8/26 before Judge Victor A. Bolden: Motion Hearing taking under advisement 61 Motion for Preliminary Injunction. Additional Briefing due by 1/23/26; reply due by 1/30/26. Total Time: 1 hour and 22 minutes. (Court Reporter Heather Ireland) (Velez, F) (Entered: 01/08/2026) |
| 01/12/2026 | 139 | TRANSCRIPT of Proceedings: Type of Hearing: Motion Hearing. Held on 1/8/26 before Judge Victor A. Bolden. Court Reporter: Heather Ireland. **IMPORTANT NOTICE – REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction |

|  |  |  |
|---|---|---|
|  |  | 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 2/2/2026. Redacted Transcript Deadline set for 2/12/2026. Release of Transcript Restriction set for 4/12/2026. (Ireland, Heather) (Entered: 01/12/2026) |
| 01/23/2026 | 140 | Memorandum in Opposition *: Supplemental Brief regarding Post−Skrmetti Case Law* re 61 MOTION for Preliminary Injunction filed by Aetna Life Insurance Company. (Tucci, Theodore) (Entered: 01/23/2026) |
| 01/23/2026 | 141 | Amended Memorandum in Opposition *: Supplemental Brief regarding Post−Skrmetti Case Law − Revised as to Table of Contents ONLY* re 61 MOTION for Preliminary Injunction filed by Aetna Life Insurance Company. (Tucci, Theodore) (Entered: 01/23/2026) |
| 01/23/2026 | 142 | Supplemental Memorandum in Support re 61 MOTION for Preliminary Injunction filed by Gennifer Herley, Jamie Homnick. (Wardenski, Joseph) (Entered: 01/23/2026) |
| 01/26/2026 | 143 | TRANSCRIPT of Proceedings: Type of Hearing: Motion Hearing. Held on 1/8/2026 before Judge Victor A. Bolden. Court Reporter: Heather Ireland. **IMPORTANT NOTICE − REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 2/16/2026. Redacted Transcript Deadline set for 2/26/2026. Release of Transcript Restriction set for 4/26/2026. (Ireland, Heather) (Entered: 01/26/2026) |
| 01/30/2026 | 144 | RESPONSE re 141 Memorandum in Opposition to Motion filed by Gennifer Herley, Jamie Homnick. (Wardenski, Joseph) (Entered: 01/30/2026) |
| 01/30/2026 | 145 | RESPONSE re 142 Memorandum in Support of Motion − *Defendant Aetna's Reply to Plaintiffs' Supplemental Brief in Support of Motion for Preliminary Injunction by Plaintiffs Jamie Homnick and Gennifer Herley* filed by Aetna Life Insurance Company. (Tucci, Theodore) (Entered: 01/30/2026) |
| 02/06/2026 | 146 | Joint MOTION for Discovery Conference by Alma Avalle, Binah Gordon, Gennifer Herley, Jamie Homnick, Kay Mayers, S. N.. (Wardenski, Joseph) (Entered: 02/06/2026) |
| 02/09/2026 | 147 | ORDER granting 146 Motion for Conference. The Court **GRANTS** the motion for a telephonic discovery conference on **March 5, 2026** at 11:00 a.m. Signed by Judge Victor A. Bolden on 02/09/2026. (Srinivasan, N) (Entered: 02/09/2026) |
| 02/09/2026 | 148 | NOTICE OF E−FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. A Telephone Status Conference is set for 3/5/2026 at 11:00 AM in Remote Setting before Judge Victor A. Bolden. **To join the conference, dial: 1 203−684−6202** Enter Conference ID: 127 935 452# (Velez, F) (Entered: 02/10/2026) |
| 02/26/2026 | 149 | RESPONSE re 147 Order on Motion for Conference filed by Alma Avalle, Binah Gordon, Gennifer Herley, Jamie Homnick, Kay Mayers, S. N.. (Attachments: # 1 |

| | | |
|---|---|---|
| | | Appendix Proposed Amended Deadlines, # 2 Exhibit 1 – Email Correspondence)(Wardenski, Joseph) (Entered: 02/26/2026) |
| 02/26/2026 | 150 | RESPONSE re 147 Order on Motion for Conference by Aetna Life Insurance Company: *Pre–Conference Submission for March 5, 2026 Status Conference*. (Tucci, Theodore) (Entered: 02/26/2026) |
| 03/05/2026 | 151 | Minute Entry for proceedings held before Judge Victor A. Bolden: Telephonic Discovery Conference held on 3/5/2026. Total Time: 0 hours and 7 minutes (Court Reporter Heather Ireland.) (Srinivasan, N) (Entered: 03/05/2026) |
| 03/05/2026 | 152 | ORDER. <br><br> Following today's telephonic discovery conference, the Court amends the scheduling order. The new deadlines are as follows: <br><br> –Joint status report on the progress of discovery due **April 10, 2026** <br> –Document production will be completed by **May 1, 2026** <br> –Discovery–related motion practice due **May 15, 2026** <br> –Joint status report on the progress of discovery due **July 10, 2026** <br> –Fact depositions will be completed by **August 17, 2026** <br> –Parties will designate all trial experts and provide opposing counsel with reports from retained experts on any issues on which they bear the burden of proof by **August 24, 2026**. Depositions of any such experts will be completed by **October 5, 2026**. <br> –Joint status report on the progress of discovery due **September 11, 2026** <br> –Parties will designate all trial experts and provide opposing counsel with reports from retained experts on any issues on which they do not bear the burden of proof by **November 10, 2026**. Depositions of such experts will be completed by **December 14, 2026**. <br> –Joint status report on the progress of discovery due **November 20, 2026** <br> –All discovery will be completed by **December 14, 2026** <br> –Parties' joint request for a settlement conference due **December 21, 2026** <br> –Motion for class certification due **February 9, 2027** <br><br> Signed by Judge Victor A. Bolden on 03/05/2026. (Srinivasan, N) (Entered: 03/05/2026) |
| 03/05/2026 | | Set Deadline: Discovery due by 12/14/2026; Motion for Class Certification due by 2/9/2027. (Velez, F) Modified on 3/6/2026 (Velez, F). (Entered: 03/06/2026) |
| 03/05/2026 | | Set Deadline: Joint Status Report due by 4/10/2026. (Velez, F) (Entered: 03/06/2026) |
| 03/06/2026 | | Docket Entry Correction re Set Deadlines: corrected motion for class certification date. (Velez, F) (Entered: 03/06/2026) |
| 03/08/2026 | 153 | ORDER granting 61 Motion for Preliminary Injunction; denying 78 Motion to Dismiss; denying 79 Sealed Motion. <br><br> For the reasons in the attached Ruling and Order, Aetna's motion to dismiss is **DENIED** and the motion for a preliminary injunction brought by Dr. Homnick and Dr. Herley is **GRANTED**. <br><br> As a result of this Ruling and Order, Aetna is required to make individualized coverage determinations as to Dr. Homnick and Dr. Herley only, on the basis of medical necessity, as opposed to categorically excluding their claims under CPB 0615. <br><br> Signed by Judge Victor A. Bolden on 03/08/2026. (Srinivasan, N) (Entered: 03/08/2026) |
| 03/23/2026 | 154 | ANSWER to 60 Amended Complaint with Affirmative Defenses. by Aetna Life Insurance Company.(Tucci, Theodore) (Entered: 03/23/2026) |
| 03/31/2026 | 155 | Emergency MOTION to Enforce Judgment , MOTION for Order to Show Cause by Alma Avalle, Binah Gordon, Gennifer Herley, Jamie Homnick, Kay Mayers, S. N.. (Attachments: # 1 Exhibit A (Emails between parties' counsel))(Wardenski, Joseph) (Entered: 03/31/2026) |

| 03/31/2026 | 156 | NOTICE OF APPEAL as to 153 Order on Motion for Preliminary Injunction,,, Order on Motion to Dismiss,,, Order on Sealed Motion,, by Aetna Life Insurance Company. Filing fee $ 605, receipt number ACTDC–8556825. (Tucci, Theodore) (Entered: 03/31/2026) |
|---|---|---|
| 03/31/2026 | 157 | MOTION to Stay *Injunction Pending Appeal* by Aetna Life Insurance Company.Responses due by 4/21/2026 (Attachments: # 1 Memorandum in Support of Defendant's Motion to Stay)(Tucci, Theodore) (Entered: 03/31/2026) |
| 04/02/2026 | 158 | Memorandum in Opposition re 155 Emergency MOTION to Enforce Judgment MOTION for Order to Show Cause filed by Aetna Life Insurance Company. (Tucci, Theodore) (Entered: 04/02/2026) |
| 04/06/2026 | 159 | ORDER. The Court **ORDERS** expedited briefing on the Defendant's motion to stay the injunction pending appeal, ECF No. 157 . The Plaintiff must file a response by **April 10, 2026**, to which the Defendant must reply by **April 17, 2026**. Signed by Judge Victor A. Bolden on 04/06/2026. (Srinivasan, N) (Entered: 04/06/2026) |

APPEAL,EFILE,MEG

# U.S. District Court
## District of Connecticut (New Haven)
## CIVIL DOCKET FOR CASE #: 3:24−cv−01447−VAB
### *Internal Use Only*

| | |
|---|---|
| Gordon et al v. Aetna Life Insurance Company | Date Filed: 09/10/2024 |
| Assigned to: Judge Victor A. Bolden | Jury Demand: None |
| Cause: 28:1331 Federal Question: Other Civil Rights | Nature of Suit: 440 Civil Rights: Other |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Binah Gordon**
*individually and on behalf of all similarly situated individuals*

represented by **Christine E. Webber**
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave NW
Suite 800
Washington, DC 20005
202−408−4600
Email: cwebber@cohenmilstein.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ezra Ungrich Cukor**
Advocates for Trans Equality Education Fund
Legal
305 Seventh Ave
15th Floor
New York, NY 10001
646−862−9396
Email: ecukor@transgenderlegal.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Wardenski**
Wardenski P.C.
134 West 29th Street
Suite 709
New York, NY 10001
347−913−3311
Fax: 347−467−7237
Email: joe@wardenskilaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kelly Parry−Johnson**
Advocates for Trans Equality Education Fund
305 Seventh Ave., 15th Fl
New York, NY 10001
646−993−1691
Email: kparry−johnson@transequality.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Seran Gee**
305 Seventh Ave., 15th Fl
New York, NY 10001
646−845−4203
Email: sgee@transequality.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Z Gabriel Arkles**
Advocates for Trans Equality Education
Fund
305 Seventh Ave., 15th Fl
New York, NY 10001
212–549–2569
Email: garkles@transequality.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aniko Schwarcz**
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave. NW
Suite 500
Washington, DC 20005
202–408–4600
Fax: 202–408–4699
Email: aschwarcz@cohenmilstein.com
*ATTORNEY TO BE NOTICED*

**Elizabeth McCarthy McDermott**
Cohen Milstein Sellers & Toll PLLC
1100 New York Avenue NW
Suite 800
Washington, DC 20005
202–408–3682
Email: emcdermott@cohenmilstein.com
*ATTORNEY TO BE NOTICED*

**Harini Srinivasan**
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave NW
Suite 800
Washington, DC 20005
202–408–4600
Email: hsrinivasan@cohenmilstein.com
*ATTORNEY TO BE NOTICED*

**Sydney Duncan**
Advocates for Trans Equality Education
Fund
305 Seventh Ave., 15th Fl
New York, NY 10001
646–898–2205
Email: sduncan@transequality.org
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kay Mayers**
*individually and on behalf of all similarly
situated individuals*

represented by **Christine E. Webber**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ezra Ungrich Cukor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Wardenski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kelly Parry–Johnson**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Seran Gee**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Z Gabriel Arkles**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aniko Schwarcz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth McCarthy McDermott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Harini Srinivasan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sydney Duncan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**S. N.**
*individually and on behalf of all similarly situated individuals*

represented by **Christine E. Webber**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ezra Ungrich Cukor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Wardenski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kelly Parry–Johnson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Seran Gee**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Z Gabriel Arkles**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aniko Schwarcz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth McCarthy McDermott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Harini Srinivasan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sydney Duncan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jamie Homnick**                     represented by     **Harini Srinivasan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Wardenski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kelly Parry–Johnson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Seran Gee**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth McCarthy McDermott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christine E. Webber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alma Avalle**                     represented by     **Harini Srinivasan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Wardenski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kelly Parry–Johnson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Seran Gee**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth McCarthy McDermott**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Christine E. Webber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gennifer Herley**                    represented by    **Harini Srinivasan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Wardenski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kelly Parry–Johnson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Seran Gee**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth McCarthy McDermott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christine E. Webber**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Aetna Life Insurance Company**        represented by    **Abby M. Warren**
Robinson & Cole LLP
One State Street
Hartford, CT 06103
860–275–8215
Email: awarren@rc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher Anthony Costain**
Robinson & Cole LLP
One State Street
Hartford, CT 06103
860–275–8232
Fax: 860–275–8299
Email: ccostain@rc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Earl B. Austin , III**
Baker Botts L.L.P.
2001 Ross Avenue
Suite 900
Dallas, TX 75201–2980

214−953−6542
Fax: 214−661−4542
Email: earl.austin@bakerbotts.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Theodore J. Tucci**
Robinson & Cole LLP
One State Street
Hartford, CT 06103
860−275−8200
Fax: 860−275−8299
Email: ttucci@rc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah Reeves**
Baker Botts L.L.P.
30 Rockefeller Plaza
New York, NY 10112
212−408−2649
Email: sarah.reeves@bakerbotts.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/10/2024 | 1 | COMPLAINT against Aetna Life Insurance Company ( Filing fee $405 receipt number ACTDC−7897169.), filed by Binah Gordon, S. N., Kay Mayers. (Attachments: # 1 Civil Cover Sheet)(Wardenski, Joseph) (Entered: 09/10/2024) |
| 09/10/2024 | | Request for Clerk to issue summons as to Aetna Life Insurance Company. (Wardenski, Joseph) (Entered: 09/10/2024) |
| 09/10/2024 | 2 | MOTION for Attorney(s) Ezra Cukor to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC−7897457) by Binah Gordon, Kay Mayers, S. N.. (Attachments: # 1 Certificate of Good Standing)(Wardenski, Joseph) (Entered: 09/10/2024) |
| 09/10/2024 | 3 | MOTION for Attorney(s) Z Gabriel Arkles to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC−7897565) by Binah Gordon, Kay Mayers, S. N.. (Attachments: # 1 Certificate of Good Standing)(Wardenski, Joseph) (Entered: 09/10/2024) |
| 09/10/2024 | 4 | Notice: Pursuant to Federal Rule of Civil Procedure 7.1, a disclosure statement must be filed with a party's first appearance, pleading, petition, motion, response, or other request addressed to the Court and must be supplemented if any required information changes during the case. Signed by Clerk on 9/10/2024.(Maturo, F.) (Entered: 09/10/2024) |
| 09/10/2024 | | Judge Victor A. Bolden and Judge Maria E. Garcia added. (Oliver, T.) (Entered: 09/10/2024) |
| 09/10/2024 | 5 | MOTION for Attorney(s) Sydney Victoria Duncan to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC−7897955) by Binah Gordon, Kay Mayers, S. N.. (Attachments: # 1 Certificate of Good Standing)(Wardenski, Joseph) (Entered: 09/10/2024) |
| 09/10/2024 | 6 | MOTION to Proceed in Fictitious Name by S. N.. (Attachments: # 1 Text of Proposed Order)(Wardenski, Joseph) (Entered: 09/10/2024) |
| 09/10/2024 | 7 | Memorandum in Support re 6 MOTION to Proceed in Fictitious Name filed by S. N.. (Wardenski, Joseph) (Entered: 09/10/2024) |
| 09/10/2024 | 8 | Order on Pretrial Deadlines: Amended Pleadings due by 11/9/2024 Discovery due by 3/12/2025 Dispositive Motions due by 4/16/2025 Signed by Clerk on 9/10/2024.(Freberg, B) (Entered: 09/11/2024) |

| 09/10/2024 | 9 | ELECTRONIC FILING ORDER FOR COUNSEL – PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER Signed by Judge Victor A. Bolden on 9/10/2024.(Freberg, B) (Entered: 09/11/2024) |
|---|---|---|
| 09/10/2024 | 10 | Standing Protective Order Signed by Judge Victor A. Bolden on 9/10/2024.(Freberg, B) (Entered: 09/11/2024) |
| 09/10/2024 | 11 | Notice of Option to Consent to Magistrate Judge Jurisdiction. (Freberg, B) (Entered: 09/11/2024) |
| 09/11/2024 | 12 | NOTICE TO COUNSEL/SELF–REPRESENTED PARTIES : Counsel or self–represented parties initiating or removing this action are responsible for serving all parties with attached documents and copies of 5 MOTION for Attorney(s) Sydney Victoria Duncan to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC–7897955) filed by Binah Gordon, S. N., Kay Mayers, 7 Memorandum in Support of Motion filed by S. N., 2 MOTION for Attorney(s) Ezra Cukor to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC–7897457) filed by Binah Gordon, S. N., Kay Mayers, 8 Order on Pretrial Deadlines, 10 Standing Protective Order, 11 Notice of Option to Consent to Magistrate Judge Jurisdiction, 9 Electronic Filing Order, 6 MOTION to Proceed in Fictitious Name filed by S. N., 4 Notice re: Disclosure Statement, 3 MOTION for Attorney(s) Z Gabriel Arkles to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC–7897565) filed by Binah Gordon, S. N., Kay Mayers, 1 Complaint filed by Binah Gordon, S. N., Kay Mayers Signed by Clerk on 9/11/2024.(Freberg, B) (Entered: 09/11/2024) |
| 09/11/2024 | 13 | ORDER granting 2 Motion to Appear Pro Hac Vice for Attorney Ezra Cukor. Signed by Clerk on 9/11/2024. (Freberg, B) (Entered: 09/11/2024) |
| 09/11/2024 | 14 | ORDER granting 3 Motion to Appear Pro Hac Vice for Attorney Z Gabriel Arkles. Signed by Clerk on 9/11/2024. (Freberg, B) (Entered: 09/11/2024) |
| 09/11/2024 | 15 | ORDER granting 5 Motion to Appear Pro Hac Vice for Attorney Sydney Victoria Duncan. Signed by Clerk on 9/11/2024. (Freberg, B) (Entered: 09/11/2024) |
| 09/11/2024 | 16 | ELECTRONIC SUMMONS ISSUED in accordance with Fed. R. Civ. P. 4 and LR 4 as to *Aetna Life Insurance Company* with answer to complaint due within *21* days. Attorney *Joseph Wardenski* *Wardenski P.C.* *134 West 29th Street, Suite 709* *New York, NY 10001*. (Freberg, B) (Entered: 09/11/2024) |
| 09/13/2024 | 17 | MOTION for Attorney(s) Christine E. Webber, Aniko R. Schwarcz, and Harini Srinivasan to be Admitted Pro Hac Vice (paid $600 PHV fee; receipt number ACTDC–7903425) by Binah Gordon, Kay Mayers, S. N.. (Attachments: # 1 Affidavit of Christine E. Webber, # 2 Affidavit of Aniko R. Schwarcz, # 3 Affidavit of Harini Srinivasan)(Wardenski, Joseph) (Entered: 09/13/2024) |
| 09/17/2024 | 18 | ORDER granting 17 Motion to Appear Pro Hac Vice for Attorneys Christine E. Webber, Aniko R. Schwarcz, and Harini Srinivasan. Signed by Clerk on 9/17/2024. (Freberg, B) (Entered: 09/17/2024) |
| 09/19/2024 | 19 | NOTICE of Appearance by Theodore J. Tucci on behalf of Aetna Life Insurance Company (Tucci, Theodore) (Entered: 09/19/2024) |
| 09/19/2024 | 20 | NOTICE of Appearance by Abby M. Warren on behalf of Aetna Life Insurance Company (Warren, Abby) (Entered: 09/19/2024) |
| 09/19/2024 | 21 | NOTICE of Appearance by Christopher Anthony Costain on behalf of Aetna Life Insurance Company (Costain, Christopher) (Entered: 09/19/2024) |
| 09/23/2024 | 22 | NOTICE of Appearance by Aniko Schwarcz on behalf of Binah Gordon, Kay Mayers, S. N. (Schwarcz, Aniko) (Entered: 09/23/2024) |
| 09/23/2024 | 23 | NOTICE of Appearance by Christine E. Webber on behalf of Binah Gordon, Kay Mayers, S. N. (Webber, Christine) (Entered: 09/23/2024) |
| 09/23/2024 | 24 | NOTICE of Appearance by Harini Srinivasan on behalf of Binah Gordon, Kay Mayers, S. N. (Srinivasan, Harini) (Entered: 09/23/2024) |

| 09/23/2024 | 25 | NOTICE of Appearance by Sydney Duncan on behalf of Binah Gordon, Kay Mayers, S. N. (Duncan, Sydney) (Entered: 09/23/2024) |
|---|---|---|
| 09/24/2024 | 26 | NOTICE of Appearance by Ezra Ungrich Cukor on behalf of Binah Gordon, Kay Mayers, S. N. (Cukor, Ezra) (Entered: 09/24/2024) |
| 09/24/2024 | 27 | NOTICE of Appearance by Ezra Ungrich Cukor on behalf of Binah Gordon, Kay Mayers, S. N. (Cukor, Ezra) (Entered: 09/24/2024) |
| 09/24/2024 | 28 | MOTION for Extension of Time until November 18, 2024 Respond to Complaint 1 Complaint by Aetna Life Insurance Company. (Tucci, Theodore) (Entered: 09/24/2024) |
| 09/25/2024 | 29 | NOTICE of Appearance by Z Gabriel Arkles on behalf of Binah Gordon, Kay Mayers, S. N. (Arkles, Z Gabriel) (Entered: 09/25/2024) |
| 09/25/2024 | 30 | ORDER granting 28 Motion for Extension of Time. The deadline for Defendant to file a responsive pleading to the Complaint is extended to **November 18, 2024**. Signed by Judge Victor A. Bolden on 9/25/24. (Nelson, J) (Entered: 09/25/2024) |
| 09/25/2024 | 31 | RESPONSE re 7 Memorandum in Support of Motion, 6 MOTION to Proceed in Fictitious Name filed by Aetna Life Insurance Company. (Tucci, Theodore) (Entered: 09/25/2024) |
| 09/25/2024 |  | Answer deadline updated for Aetna Life Insurance Company to 11/18/2024. (Murphy, T) (Entered: 10/07/2024) |
| 09/26/2024 | 32 | ORDER granting 6 Motion to Proceed in Fictitious Name. Signed by Judge Victor A. Bolden on 9/26/24. (Nelson, J) (Entered: 09/26/2024) |
| 09/30/2024 | 33 | ENTERED IN ERROR: SUMMONS Returned Executed by Binah Gordon, S. N., Kay Mayers. Aetna Life Insurance Company served on 9/13/2024, answer due 10/4/2024. (Wardenski, Joseph) Modified on 10/7/2024 (Murphy, T). (Entered: 09/30/2024) |
| 10/07/2024 | 34 | AFFIDAVIT of Service for Summons served on Aetna Life Insurance Company c/o CT Corporation System on 9/13/2024, filed by Binah Gordon, Kay Mayers, S. N.. (Murphy, T) (Entered: 10/07/2024) |
| 10/10/2024 | 35 | MOTION for Attorney(s) Sarah Reeves to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC–7932355) by Aetna Life Insurance Company. (Attachments: # 1 Exhibit Affidavit)(Tucci, Theodore) (Entered: 10/10/2024) |
| 10/10/2024 | 36 | MOTION for Attorney(s) Earl B. Austin to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC–7932378) by Aetna Life Insurance Company. (Attachments: # 1 Exhibit Affidavit)(Tucci, Theodore) (Entered: 10/10/2024) |
| 10/11/2024 | 37 | ORDER granting 35 Motion to Appear Pro Hac Vice for Attorney Sarah Reeves. Certificate of Good Standing due by 12/10/2024. Signed by Clerk on 10/11/2024. (Freberg, B) (Entered: 10/11/2024) |
| 10/11/2024 | 38 | ORDER denying 36 Motion to Appear Pro Hac Vice for Attorney Earl B. Austin for failure to comply with Local Rule 83.1. Signed by Clerk on 10/11/2024.(Freberg, B) (Entered: 10/11/2024) |
| 10/18/2024 | 39 | NOTICE of Appearance by Sarah Reeves on behalf of Aetna Life Insurance Company (Attachments: # 1 Certificate of Good Standing)(Reeves, Sarah) (Entered: 10/18/2024) |
| 10/22/2024 | 40 | NOTICE by Binah Gordon, Kay Mayers, S. N. *of firm name change* (Arkles, Z Gabriel) (Entered: 10/22/2024) |
| 10/28/2024 | 41 | Joint MOTION for Extension of Time *to Extend* Pretrial deadlines 8 Order on Pretrial Deadlines by Binah Gordon, Kay Mayers, S. N.. (Webber, Christine) (Entered: 10/28/2024) |
| 10/29/2024 | 42 | ORDER granting 41 Motion for Extension of Time. The following deadlines are adopted:<br><br>− Plaintiffs' First Amended Complaint is due **December 3, 2024**.<br>− Parties' Rule 26(f) Joint Report is due **December 23, 2024**.<br>− Parties' Stipulated Proposed Protective Order is due **December 23, 2024**. |

| | | |
|---|---|---|
| | | – Defendant's answer or other response to the First Amended Complaint is due **January 10, 2025**.<br>– Plaintiffs' opposition to any motion to dismiss is due **February 21, 2025**.<br>– Defendant's reply to any opposition is due **March 14, 2025**.<br><br>Signed by Judge Victor A. Bolden on 10/29/24.<br>(Nelson, J) (Entered: 10/29/2024) |
| 10/31/2024 | 43 | MOTION for Attorney(s) Earl B. Austin to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC–7953856) by Aetna Life Insurance Company. (Attachments: # 1 Exhibit Affidavit)(Tucci, Theodore) (Entered: 10/31/2024) |
| 11/01/2024 | 44 | ORDER granting 43 Motion to Appear Pro Hac Vice for Attorney Earl B. Austin. Certificate of Good Standing due by 1/1/2025. Signed by Clerk on 11/1/2024. (Freberg, B) (Entered: 11/01/2024) |
| 11/04/2024 | 45 | NOTICE of Appearance by Earl B. Austin, III on behalf of Aetna Life Insurance Company (Attachments: # 1 TX Certificate of Good Standing, # 2 NY Certificate of Good Standing)(Austin, Earl) (Entered: 11/04/2024) |
| 12/03/2024 | 46 | AMENDED COMPLAINT against All Defendants, filed by Binah Gordon, S. N., Kay Mayers, Jamie Homnick, Alma Avalle.(Webber, Christine) (Entered: 12/03/2024) |
| 12/20/2024 | 47 | Consent MOTION for Extension of Time to extend pretrial deadlines by Aetna Life Insurance Company. (Tucci, Theodore) (Entered: 12/20/2024) |
| 12/23/2024 | 48 | ORDER **GRANTING** 47 Motion for Extension of Time. The Court adopts the following deadlines:<br><br>– Parties' Rule 26(f) report due **January 17, 2025**.<br>– Parties' stipulated proposed protective order due **January 17, 2025**.<br>– Response to the amended complaint due **January 31, 2025**.<br>– Plaintiff's opposition to any motion to dismiss due **March 14, 2025**.<br>– Reply to any response to the motion to dismiss due **April 4, 2025**.<br><br>Signed by Judge Victor A. Bolden on 12/23/24. (Nelson, J) (Entered: 12/23/2024) |
| 01/17/2025 | 49 | Joint REPORT of Rule 26(f) Planning Meeting. (Webber, Christine) (Entered: 01/17/2025) |
| 01/17/2025 | 50 | PROPOSED ORDER *(JOINT) [PROPOSED] AMENDED STIPULATED PROTECTIVE ORDER AND FED. R. EVID.502(d) AND (e) CLAWBACK AGREEMENT ORDER* by Jamie Homnick, Alma Avalle, Binah Gordon, Kay Mayers, S. N.. (Webber, Christine) (Entered: 01/17/2025) |
| 01/31/2025 | 51 | Joint MOTION for Extension of Time until February 7, 2025 to file the Parties' ESI Protocol 49 Report of Rule 26(f) Planning Meeting by Aetna Life Insurance Company. (Tucci, Theodore) (Entered: 01/31/2025) |
| 01/31/2025 | 52 | MOTION to Dismiss *Plaintiff's Amended Complaint – REDACTED* by Aetna Life Insurance Company.Responses due by 2/21/2025 (Attachments: # 1 Memorandum in Support of Motion to Dismiss, # 2 Declaration of Chris Libretti–Schon, # 3 Exhibit A – Conde Nast Plan Excerpts, # 4 Exhibit B – Conde Nast MSA, # 5 Declaration of Cheryl Sheehy, # 6 Exhibit A – FEHB Plan Excerpts 2022, # 7 Exhibit B FEHB Plan Excerpts 2023, # 8 Exhibit C FEHB Contract, # 9 Exhibit D – Mayers Overturn Letter REDACTED, # 10 Declaration of Hannah Goellner, # 11 Exhibit A B&L Plan Excerpts, # 12 Exhibit B B&L MSA, # 13 Declaration of Daniel Strickland, # 14 Exhibit A ASD Plan Excerpts, # 15 Exhibit B ASD MSA, # 16 Declaration of Brian Hodge – REDACTED, # 17 Exhibit A Plan Excerpts REDACTED, # 18 Exhibit B – MSA REDACTED, # 19 Declaration of Susan Powell – REDACTED, # 20 Exhibit A Avalle Letter REDACTED, # 21 Exhibit B Mayers Letter REDACTED, # 22 Exhibit C SN Letter REDACTED)(Tucci, Theodore) Modified to remove name from redacted exhibits on 2/3/2025 (Murphy, T). (Entered: 01/31/2025) |
| 01/31/2025 | 53 | MOTION to Seal Portions of Defendant's Motion to Dismiss Plaintiff's Amended Complaint with Supporting Declarations and Exhibits by Aetna Life Insurance |

| | | Company. (Tucci, Theodore) (Entered: 01/31/2025) |
|---|---|---|
| 01/31/2025 | 54 | Sealed Document: Motion to Dismiss Plaintiff's Amended Complaint by Aetna Life Insurance Company re 53 MOTION to Seal Portions of Defendant's Motion to Dismiss Plaintiff's Amended Complaint with Supporting Declarations and Exhibits, 52 MOTION to Dismiss *Plaintiff's Amended Complaint – REDACTED* . (Attachments: # 1 Memorandum in Support of Defendant's Motion to Dismiss, # 2 Exhibit D to Declaration of Cheryl Sheehy – Mayers Overturn Letter, # 3 Declaration of Brian Hodge, # 4 Exhibit A to the Declaration of Brian Hudge – Plan Excerpts, # 5 Exhibit B to the Declaration of Brian Hodge – MSA, # 6 Declaration of Susan Powell, # 7 Exhibit A to the Declaration of Susan Powell – Avalle Letter, # 8 Exhibit B to the Declaration of Susan Powell – Mayers Letter, # 9 Exhibit C to the Declaration of Susan Powell – SN Letter)(Tucci, Theodore) Modified to remove name from intended redacted exhibit names on 2/3/2025 (Murphy, T). (Entered: 01/31/2025) |
| 02/03/2025 | 55 | ORDER **GRANTING** 51 Motion for Extension of Time until **February 7, 2025** for the Parties' ESI Protocol. Signed by Judge Victor A. Bolden on 2/3/25. (Nelson, J) (Entered: 02/03/2025) |
| 02/03/2025 | 56 | ORDER **GRANTING** 53 Motion to Seal. The Court finds that good cause exists to seal these documents and that sealing is supported by clear and compelling reasons and is narrowly tailored to serve those reasons. *See* D. Conn. L. Civ. R. 5(e); *see also Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 120 (2d Cir. 2006) ("[T]he presumption of access" to judicial documents may be overcome by "countervailing factors includ[ing] the privacy interest" of the parties. (citing *United States v. Amodeo*, 71 F.3d 1044, 1048 (2d Cir.1995))). Signed by Judge Victor A. Bolden on 2/3/25. (Nelson, J) (Entered: 02/03/2025) |
| 02/07/2025 | 57 | Joint STIPULATION *(ESI)* by Jamie Homnick, Alma Avalle, Binah Gordon, Kay Mayers, S. N.. (Srinivasan, Harini) (Entered: 02/07/2025) |
| 02/14/2025 | 58 | Joint MOTION to Set Schedule *and Expand Page Limit* by Alma Avalle, Binah Gordon, Jamie Homnick, Kay Mayers, S. N..Responses due by 3/7/2025 (Wardenski, Joseph) (Entered: 02/14/2025) |
| 02/18/2025 | 59 | ORDER **GRANTING** 58 Motion to continue case schedule and extend page limit.<br><br>The following deadlines are adopted:<br>Plaintiffs' Second Amended Complaint due **February 28, 2025**.<br>Defendant's motion to dismiss Second Amended Complaint due **March 28, 2025**.<br>Plaintiffs' opposition to motion to dismiss due **April 18, 2025**.<br>Defendant's reply to motion to dismiss due **May 9, 2025**.<br><br>The page limit for the renewed motion to dismiss is extended to 45 pages.<br><br>Signed by Judge Victor A. Bolden on 2/18/25. (Nelson, J) (Entered: 02/18/2025) |
| 02/28/2025 | 60 | AMENDED COMPLAINT *(Second Amended)* against Aetna Life Insurance Company, filed by Binah Gordon, S. N., Jamie Homnick, Kay Mayers, Alma Avalle, Gennifer Herley.(Webber, Christine) (Entered: 02/28/2025) |
| 03/03/2025 | 61 | MOTION for Preliminary Injunction by Gennifer Herley, Jamie Homnick.Responses due by 3/24/2025 (Srinivasan, Harini) (Entered: 03/03/2025) |
| 03/03/2025 | 62 | Memorandum in Support re 61 MOTION for Preliminary Injunction filed by Gennifer Herley, Jamie Homnick. (Attachments: # 1 Exhibit Berli, # 2 Exhibit Gorton, # 3 Exhibit Homnick, # 4 Exhibit Shaw, # 5 Exhibit Herley, # 6 Exhibit Seward, # 7 Exhibit CPB, # 8 Exhibit State Amendments to CPB)(Srinivasan, Harini) (Entered: 03/03/2025) |
| 03/04/2025 | 64 | ORDER **GRANTING** 63 Motion to Seal Memorandum in Support of Preliminary Injunction and Exhibits 2, 3, 4, and 5. The Court finds that good cause exists to seal these documents and that sealing is supported by clear and compelling reasons and is narrowly tailored to serve those reasons. *See* D. Conn. L. Civ. R. 5(e); *see also Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 120 (2d Cir. 2006) ("[T]he presumption of access" to judicial documents may be overcome by "countervailing factors includ[ing] the privacy interest" of the parties. (citing *United States v. Amodeo*, |

| | | |
|---|---|---|
| | | 71 F.3d 1044, 1048 (2d Cir.1995))). Signed by Judge Victor A. Bolden on 3/4/25. (Nelson, J) (Entered: 03/04/2025) |
| 03/04/2025 | 65 | Amended EXHIBIT *3 (Redacted)* by Gennifer Herley, Jamie Homnick re 62 Memorandum in Support of Motion,. (Srinivasan, Harini) (Entered: 03/04/2025) |
| 03/10/2025 | 66 | MOTION for Attorney(s) Kelly Parry–Johnson to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC–8092300) by Alma Avalle, Binah Gordon, Gennifer Herley, Jamie Homnick, Kay Mayers, S. N.. (Attachments: # 1 Certificate of Good Standing)(Wardenski, Joseph) (Entered: 03/10/2025) |
| 03/10/2025 | 67 | NOTICE OF E–FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. Telephonic Status Conference set for 3/12/2025 at 12:00 PM before Judge Victor A. Bolden.<br><br>**Dial in by phone**:+1 203–684–6202,,708406856#<br>**Phone conference ID**: 708 406 856#<br><br>(Nelson, J) (Entered: 03/10/2025) |
| 03/12/2025 | 68 | Minute Entry for proceedings held before Judge Victor A. Bolden: Status Conference held on 3/12/2025. 15 minutes. (Court Reporter Heather Ireland) (Nelson, J) (Entered: 03/12/2025) |
| 03/12/2025 | 69 | ORDER. Based on the status conference, the parties are directed to confer and file a joint report by **March 14, 2025**, proposing a briefing schedule for the motion for preliminary injunction, ECF No. 61, and describing any remaining discovery disputes related to the briefing of that motion.<br>Signed by Judge Victor A. Bolden on 3/12/25. (Nelson, J) (Entered: 03/12/2025) |
| 03/13/2025 | 70 | ORDER granting 66 Motion to Appear Pro Hac Vice for Attorney Kelly Parry–Johnson. Signed by Clerk on 3/13/2025. (Freberg, B) (Entered: 03/13/2025) |
| 03/13/2025 | 71 | NOTICE of Appearance by Kelly Parry–Johnson on behalf of Alma Avalle, Binah Gordon, Gennifer Herley, Jamie Homnick, Kay Mayers, S. N. (Parry–Johnson, Kelly) (Entered: 03/13/2025) |
| 03/14/2025 | 72 | Joint STATUS REPORT by Alma Avalle, Binah Gordon, Gennifer Herley, Jamie Homnick, Kay Mayers, S. N.. (Srinivasan, Harini) (Entered: 03/14/2025) |
| 03/17/2025 | 73 | ORDER. Consistent with the Court's "inherent authority to manage [its] dockets and courtrooms with a view toward the efficient and expedient resolution of cases," *Dietz v. Bouldin*, 579 U.S. 40, 47 (2016), as well as having reviewed the parties' status report, ECF No. 72, and considered their respective positions, the deadline for the filing of a response to the pending motion for preliminary injunction, ECF No. 61, shall be extended to **April 11, 2024**, and any reply to that response to **April 25, 2025**. To the extent that Plaintiffs need additional time to file a reply, the Court will grant leave to seek such time. At this time, the Court sees no need to issue any orders regarding expedited discovery. But the parties are free to seek the Courts guidance through the filing of a joint motion for a discovery conference, consistent with the Court's Chambers Practices, *available at* https://www.ctd.uscourts.gov/content/victor–bolden, to the extent necessary. Finally, to the extent necessary, the time for filing Defendant's motion to dismiss Plaintiffs' Second Amended Complaint is extended to **April 4, 2025**, although if Defendant needed additional time, the Court will grant leave to seek such time.<br>Signed by Judge Victor A. Bolden on 3/17/25.(Nelson, J) (Entered: 03/17/2025) |
| 03/18/2025 | 74 | Set/Reset Deadlines as to 61 MOTION for Preliminary Injunction . Responses due by 4/11/2025 (Lewis, D) (Entered: 03/18/2025) |
| 03/19/2025 | 75 | Joint MOTION for Extension of Time until 4/11/2025 Defendant's Motion to Dismiss by Alma Avalle, Binah Gordon, Gennifer Herley, Jamie Homnick, Kay Mayers, S. N.. (Srinivasan, Harini) (Entered: 03/19/2025) |
| 03/20/2025 | 76 | ORDER **GRANTING** 75 Motion for Extension of Time. Defendant's Motion to Dismiss is due **4/11/2025**; Plaintiffs' Opposition is due **5/16/2025**; and Defendant's Reply is due **6/6/2025**. Signed by Judge Victor A. Bolden on 3/20/2025. (Lewis, D) (Entered: 03/20/2025) |

| 04/11/2025 | 77 | MOTION to Seal Portions of Defendant's Motion to Dismiss Plaintiff's Amended Complaint with Supporting Declarations and Exhibits by Aetna Life Insurance Company. (Tucci, Theodore) (Entered: 04/11/2025) |
|---|---|---|
| 04/11/2025 | 78 | MOTION to Dismiss *REDACTED* by Aetna Life Insurance Company.Responses due by 5/2/2025 (Attachments: # 1 Memorandum in Support REDACTED, # 2 Declaration of Chris Libretti–Schon, # 3 Exhibit A Conde Nast Plan Excerpts, # 4 Exhibit B Conde Nast MSA, # 5 Declaration of Cheryl Sheehy, # 6 Exhibit A FEHB Plan Excerpts 2022, # 7 Errata B FEHB Plan Excerpts 2023, # 8 Exhibit C FEHB Contract, # 9 Exhibit D Gordon Overturn Letter REDACTED, # 10 Declaration of Hannah Goellner, # 11 A – B&L 2024 Plan Excerpts, # 12 Exhibit B – B&L 2025 Plan Excerpts, # 13 Exhibit C – B&L MSA, # 14 Declaration of Daniel Strickland, # 15 Exhibit A – A ASD Plan Excerpts, # 16 Exhibit B – ASD MSA, # 17 Declaration of Brian Hodge REDACTED, # 18 Exhibit A – Plan Excerpts REDACTED, # 19 Exhibit B – MSA REDACTED, # 20 Declaration of Susan Powell REDACTED, # 21 Exhibit A – Avalle Letter REDACTED, # 22 Exhibit B – Mayers Letter REDACTED, # 23 Exhibit C – SN Letter REDACTED, # 24 Exhibit D – Homnick Appeal Letter REDACTED, # 25 Exhibit E – Homnick NYS Complaint REDACTED, # 26 Exhibit F – Homnick 2nd NYS Complaint REDACTED, # 27 Exhibit G – Herley Denial Letter REDACTED, # 28 Declaration of Cheryl Aronson, # 29 Exhibit A – MTA Plan, # 30 Exhibit B – MTA ASA)(Tucci, Theodore) (Entered: 04/11/2025) |
| 04/11/2025 | 79 | SEALED MOTION – Motion to Dismiss Plaintiff's Second Amended Complaint by Aetna Life Insurance Company. (Attachments: # 1 Memorandum in Support of Motion to Dismiss, # 2 Declaration of Chris Libretti–Schon, # 3 Exhibit A Conde Nast Plan Excerpts, # 4 Exhibit B Conde Nast MSA, # 5 Declaration of Cheryl Sheehy, # 6 Exhibit A FEHB Plan Excerpts 2022, # 7 Exhibit B FEHB Plan Excerpts 2023, # 8 Exhibit C FEHB Contract, # 9 Exhibit D Gordon Overturn Letter, # 10 Declaration of Hannah Goellner, # 11 Exhibit A – B&L 2024 Plan Excerpts, # 12 Exhibit B – B&L 2025 Plan Excerpts, # 13 Exhibit C – B&L MSA, # 14 Declaration of Daniel Strickland, # 15 Exhibit A – A ASD Plan Excerpts, # 16 Exhibit B – ASD MSA, # 17 Declaration of Brian Hodge, # 18 Exhibit A – Plan Excerpts REDACTED, # 19 Exhibit B – MSA, # 20 Declaration of Susan Powell, # 21 Exhibit A – Avalle Letter, # 22 Exhibit B – Mayers Letter, # 23 Exhibit C – SN Letter, # 24 Exhibit D – Homnick Appeal Letter, # 25 Exhibit E – Homnick NYS Complaint, # 26 Exhibit F – Homnick 2nd NYS Complaint, # 27 Exhibit G – Herley Denial Letter, # 28 Declaration of Cheryl Aronson, # 29 Exhibit A – MTA Plan, # 30 Exhibit B – MTA ASA)(Tucci, Theodore) (Entered: 04/11/2025) |
| 04/11/2025 | 80 | MOTION to Seal Portions of Defendant's Opposition to Plaintiffs' Motion for Preliminary Injunction and Supporting Declarations and Exhibits by Aetna Life Insurance Company. (Tucci, Theodore) (Entered: 04/11/2025) |
| 04/11/2025 | 81 | Memorandum in Opposition re 61 MOTION for Preliminary Injunction filed by Aetna Life Insurance Company. (Tucci, Theodore) (Entered: 04/11/2025) |
| 04/11/2025 | 82 | AFFIDAVIT re 81 Memorandum in Opposition to Motion – *Declaration of Deborah Rudolph* Signed By Deborah Rudolph filed by Aetna Life Insurance Company. (Tucci, Theodore) (Entered: 04/11/2025) |
| 04/11/2025 | 83 | AFFIDAVIT re 81 Memorandum in Opposition to Motion – *Declaration of Robert McDonough* Signed By Robert McDonough filed by Aetna Life Insurance Company. (Tucci, Theodore) (Entered: 04/11/2025) |
| 04/11/2025 | 84 | AFFIDAVIT re 81 Memorandum in Opposition to Motion – *Declaration of Dorothea Verbrugge* Signed By Dorothea Verbrugge filed by Aetna Life Insurance Company. (Tucci, Theodore) (Entered: 04/11/2025) |
| 04/11/2025 | 85 | AFFIDAVIT re 81 Memorandum in Opposition to Motion – *Declaration of Sarah E. Reeves* Signed By Sarah E. Reeves filed by Aetna Life Insurance Company. (Attachments: # 1 Exhibit A – Dep Tr. of Jamie Homnick Slipsheet, # 2 Exhibit B – Dep. Ex 3 – REDACTED, # 3 Exhibit C – Dep. Ex 4 REDACTED, # 4 Exhibit D – Dep. Ex 5 REDACTED, # 5 Exhibit E – BATES001566 Slipsheet, # 6 Exhibit F – BATES001567 Slipsheet, # 7 Exhibit G – BATES001568 Slipsheet, # 8 Exhibit H – BATES001568 Slipsheet )(Tucci, Theodore) (Entered: 04/11/2025) |

| | | |
|---|---|---|
| 04/11/2025 | 86 | AFFIDAVIT re 81 Memorandum in Opposition to Motion – *Declaration of Hannah Goellner* Signed By Hannah Goellner filed by Aetna Life Insurance Company. (Attachments: # 1 Exhibit A – BL 2024 Plan, # 2 Exhibit B – BL 2025 Plan, # 3 Exhibit C – BL MSA, # 4 Exhibit D – REL000014191 REDACTED, # 5 Exhibit E – REL000033398, # 6 Exhibit F – REL00007842_0002)(Tucci, Theodore) (Entered: 04/11/2025) |
| 04/11/2025 | 87 | AFFIDAVIT re 81 Memorandum in Opposition to Motion – *Declaration of Cheryl Aronson* Signed By Cheryl Aronson filed by Aetna Life Insurance Company. (Attachments: # 1 Exhibit A – MTA Plan, # 2 Exhibit B – MTA ASA, # 3 Exhibit C – REL001576985, # 4 Exhibit D – REL001576653_0001)(Tucci, Theodore) (Entered: 04/11/2025) |
| 04/11/2025 | 88 | AFFIDAVIT re 81 Memorandum in Opposition to Motion – *Declaration of Susan Powell* Signed By Susan Powell filed by Aetna Life Insurance Company. (Attachments: # 1 Exhibit A – Homnick Appeal Letter REDACTED, # 2 Exhibit B – Homnick NYS Complaint REDACTED, # 3 Exhibit C – Homnick 2nd NYS Complaint –– REDACTED, # 4 Exhibit D – Herley Denial Letter REDACTED)(Tucci, Theodore) (Entered: 04/11/2025) |
| 04/11/2025 | 89 | Sealed Document: Dep Tr. Of Jamie Homnick by Aetna Life Insurance Company re 85 Affidavit,, *(Exhibit A)*. (Tucci, Theodore) (Entered: 04/11/2025) |
| 04/11/2025 | 90 | Sealed Document: Dep. Ex 3 by Aetna Life Insurance Company re 85 Affidavit,, *(Exhibit B)*. (Tucci, Theodore) (Entered: 04/11/2025) |
| 04/11/2025 | 91 | Sealed Document: Dep. Ex 4 by Aetna Life Insurance Company re 85 Affidavit,, *(Exhibit C)*. (Tucci, Theodore) (Entered: 04/11/2025) |
| 04/11/2025 | 92 | Sealed Document: Dep. Ex 5 by Aetna Life Insurance Company re 85 Affidavit,, *(Exhibit D)*. (Tucci, Theodore) (Entered: 04/11/2025) |
| 04/11/2025 | 93 | Sealed Document: BATES001566 by Aetna Life Insurance Company re 85 Affidavit,, *(Exhibit E)*. (Tucci, Theodore) (Entered: 04/11/2025) |
| 04/11/2025 | 94 | Sealed Document: BATES001567 by Aetna Life Insurance Company re 85 Affidavit,, *(Exhibit F)*. (Tucci, Theodore) (Entered: 04/11/2025) |
| 04/11/2025 | 95 | Sealed Document: BATES001568 by Aetna Life Insurance Company re 85 Affidavit,, *(Exhibit G)*. (Tucci, Theodore) (Entered: 04/11/2025) |
| 04/11/2025 | 96 | Sealed Document: BATES000457 by Aetna Life Insurance Company re 85 Affidavit,, *(Exhibit H)*. (Tucci, Theodore) (Entered: 04/11/2025) |
| 04/11/2025 | 97 | Sealed Document: REL000014191 by Aetna Life Insurance Company re 86 Affidavit, *(Exhibit D)*. (Tucci, Theodore) (Entered: 04/11/2025) |
| 04/11/2025 | 98 | Sealed Document: Homnick Appeal Letter by Aetna Life Insurance Company re 88 Affidavit, *(Exhibit A)*. (Tucci, Theodore) (Entered: 04/11/2025) |
| 04/11/2025 | 99 | Sealed Document: Homnick NYS Complaint by Aetna Life Insurance Company re 88 Affidavit, *(Exhibit B)*. (Tucci, Theodore) (Entered: 04/11/2025) |
| 04/11/2025 | 100 | Sealed Document: Homnick 2nd NYS Complaint by Aetna Life Insurance Company re 88 Affidavit, *(Exhibit C)*. (Tucci, Theodore) (Entered: 04/11/2025) |
| 04/11/2025 | 101 | Sealed Document: Herley Denial Letter by Aetna Life Insurance Company re 88 Affidavit, *(Exhibit D)*. (Tucci, Theodore) (Entered: 04/11/2025) |
| 04/14/2025 | 102 | Memorandum in Opposition re 61 MOTION for Preliminary Injunction filed by Aetna Life Insurance Company. (Tucci, Theodore) (Entered: 04/14/2025) |
| 04/14/2025 | 103 | SCHEDULING ORDER: The Court adopts the following schedule for pre–trial deadlines based on the parties' Rule 26(f) Report, the Court's preferences with respect to scheduling, and the Court's current calendar:<br><br>– Fact depositions shall be completed by **October 31, 2025**.<br>– Designation of expert witnesses due by **November 7, 2025** (bear burden of proof).<br>– Depositions of expert witnesses shall be completed by **December 19, 2025** (bear burden of proof). |

| | | |
|---|---|---|
| | | – Designation of expert witnesses due by **January 23, 2026** (do not bear burden of proof). <br> – Depositions of expert witnesses shall be completed by **February 27, 2026** (do not bear burden of proof). <br> – All discovery shall close by **February 27, 2026**. <br> – If, after the close of discovery, the parties wish to meet with a Magistrate Judge to discuss settlement, the parties may jointly file such a request by **March 6, 2026**. <br> – Motion for class certification due by **April 24, 2026**. <br><br> Signed by Judge Victor A. Bolden on 4/14/25. (Nelson, J) (Entered: 04/14/2025) |
| 04/14/2025 | 104 | ORDER. Based on the parties' proposed stipulated protective order, ECF No. 50, the Court enters the attached Order. <br> Signed by Judge Victor A. Bolden on 4/14/25. (Attachments: # 1 Appendix Appendix A: Protective Order Undertaking) (Nelson, J) (Entered: 04/14/2025) |
| 04/14/2025 | 105 | ORDER **GRANTING** 80 Motion to Seal Portions of the Defendant's Opposition to Plaintiffs' Motion for Preliminary Injunctions. The Court finds that good cause exists to seal these documents and that sealing is supported by clear and compelling reasons and narrowly tailored to serve those reasons, and is consistent with the Court's Standing Protective Order, ECF No. 10, and the Stipulated Protective Order, ECF No. 104. *See* D. Conn. L. Civ. R. 5(e); *see also Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 120 (2d Cir. 2006) ("[T]he presumption of access" to judicial documents may be overcome by "countervailing factors includ[ing] the privacy interest" of the parties. (citing *United States v. Amodeo*, 71 F.3d 1044, 1048 (2d Cir.1995))). Signed by Judge Victor A. Bolden on 4/14/25. (Nelson, J) (Entered: 04/14/2025) |
| 04/14/2025 | 106 | ORDER **GRANTING** 77 Motion to Seal Portions of Defendant's Motion to Dismiss and supporting memorandum and exhibits. The Court finds that good cause exists to seal these documents and that sealing is supported by clear and compelling reasons and narrowly tailored to serve those reasons, and is consistent with the Court's Standing Protective Order, ECF No. 10, the Order allowing S.N. to proceed pseudonymously, ECF No. 32, and the Stipulated Protective Order, ECF No. 104. *See* D. Conn. L. Civ. R. 5(e); *see also Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 120 (2d Cir. 2006) ("[T]he presumption of access" to judicial documents may be overcome by "countervailing factors includ[ing] the privacy interest" of the parties. (citing *United States v. Amodeo*, 71 F.3d 1044, 1048 (2d Cir.1995))). Signed by Judge Victor A. Bolden on 4/14/25. (Nelson, J) (Entered: 04/14/2025) |
| 04/14/2025 | 107 | MOTION for Attorney(s) Seran Gee to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number CCTDC–8135493) by Alma Avalle, Binah Gordon, Gennifer Herley, Jamie Homnick, Kay Mayers, S. N.. (Attachments: # 1 Certificate of Good Standing)(Wardenski, Joseph) (Entered: 04/14/2025) |
| 04/15/2025 | 108 | ORDER granting 107 Motion for Attorney Seran Gee to Appear Pro Hac Vice. Signed by Clerk on 4/15/25. (Velez, F) (Entered: 04/15/2025) |
| 04/17/2025 | 109 | MOTION for Leave to File Excess Pages *(Unopposed)* by Alma Avalle, Binah Gordon, Gennifer Herley, Jamie Homnick, Kay Mayers, S. N.. (Srinivasan, Harini) (Entered: 04/17/2025) |
| 04/18/2025 | 110 | ORDER **GRANTING** 109 Motion for Leave to File Excess Pages for the Plaintiffs' reply to the response to the motion for preliminary injunction. Signed by Judge Victor A. Bolden on 4/18/25. (Nelson, J) (Entered: 04/18/2025) |
| 04/22/2025 | 111 | NOTICE of Appearance by Seran Gee on behalf of Alma Avalle, Binah Gordon, Gennifer Herley, Jamie Homnick, Kay Mayers, S. N. *and on behalf of all similarly situated individuals* (Gee, Seran) (Entered: 04/22/2025) |
| 04/23/2025 | 112 | MOTION for Extension of Time until April 29, 2025*(Unopposed)* to file Reply to Defendant's Opposition 81 Memorandum in Opposition to Motion by Alma Avalle, Binah Gordon, Gennifer Herley, Jamie Homnick, Kay Mayers, S. N.. (Srinivasan, Harini) (Entered: 04/23/2025) |
| 04/24/2025 | 113 | ORDER **GRANTING** 112 Motion for Extension of Time until **April 29, 2025** to file a response to the opposition to the motion for preliminary injunction. Signed by Judge Victor A. Bolden on 4/24/25. (Nelson, J) (Entered: 04/24/2025) |

| 04/29/2025 | 114 | REPLY to Response to 61 MOTION for Preliminary Injunction filed by Alma Avalle, Binah Gordon, Gennifer Herley, Jamie Homnick, Kay Mayers, S. N.. (Attachments: # 1 Exhibit 1 – Rebuttal Declaration of R. Nicholas Gorton, M.D., # 2 Attachment A to Gorton Rebuttal Declaration (WPATH SOC 8), # 3 Attachment B to Gorton Rebuttal Declaration (Coon et al. article), # 4 Attachment C to Gorton Rebuttal Declaration (Ainsworth et al. article), # 5 Attachment D to Gorton Rebuttal Declaration (Morrison et al. article))(Wardenski, Joseph) (Entered: 04/29/2025) |
|---|---|---|
| 04/30/2025 | 115 | Amended EXHIBIT 2 *(redacted)* by Gennifer Herley, Jamie Homnick re 62 Memorandum in Support of Motion,. (Srinivasan, Harini) (Entered: 04/30/2025) |
| 05/06/2025 | 116 | MOTION for Leave to File *Surreply* by Aetna Life Insurance Company. (Attachments: # 1 Exhibit 1 – Surreply, # 2 Exhibit A to Surreply – McDonough Declaration, # 3 Exhibit B to Surreply – Aronson Declaration, # 4 Exhibit C to Surreply – Goellner Declaration, # 5 Exhibit D to Surreply – Rudolph Declaration)(Tucci, Theodore) (Entered: 05/06/2025) |
| 05/07/2025 | 117 | ORDER **GRANTING** 116 Motion for Leave to File Sur–Reply. Sur–reply due **May 9, 2025**. Signed by Judge Victor A. Bolden on 5/7/25. (Nelson, J) (Entered: 05/07/2025) |
| 05/08/2025 | 118 | MOTION for Leave to File *Sur–Rebuttal in Further Support of Their Motion for Preliminary Injunction* by Gennifer Herley, Jamie Homnick. (Srinivasan, Harini) (Entered: 05/08/2025) |
| 05/09/2025 | 119 | ORDER **GRANTING** 118 Motion for Leave to File Sur–Rebuttal of no more than five (5) pages by **May 9, 2025**. Signed by Judge Victor A. Bolden on 5/9/25. (Nelson, J) (Entered: 05/09/2025) |
| 05/09/2025 | 120 | RESPONSE re 114 Reply to Response to Motion,, *Surreply in Further Opposition to Plaintiffs Jamie Homnick and Gennifer Herley's Reply in Support of their Motion for Preliminary Injunction* filed by Aetna Life Insurance Company. (Attachments: # 1 Exhibit A – McDonough Declaration, # 2 Exhibit B – Aronson Declaration, # 3 Exhibit C – Goellner Declaration, # 4 Exhibit D – Rudolph Declaration)(Tucci, Theodore) (Entered: 05/09/2025) |
| 05/09/2025 | 121 | RESPONSE re 120 Response, *(Sur–Rebuttal in Support of Motion for Preliminary Injunction)* filed by Gennifer Herley, Jamie Homnick. (Srinivasan, Harini) (Entered: 05/09/2025) |
| 05/14/2025 | 122 | MOTION for Attorney(s) Elizabeth M. McDermott to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC–8169144) by Alma Avalle, Binah Gordon, Gennifer Herley, Jamie Homnick, Kay Mayers, S. N.. (Attachments: # 1 Affidavit of Visiting Attorney, # 2 Exhibit Certificate of Good Standing)(Wardenski, Joseph) (Entered: 05/14/2025) |
| 05/16/2025 | 123 | Memorandum in Opposition re 79 SEALED MOTION – Motion to Dismiss Plaintiff's Second Amended Complaint, 78 MOTION to Dismiss *REDACTED* filed by Alma Avalle, Binah Gordon, Gennifer Herley, Jamie Homnick, Kay Mayers, S. N.. (Attachments: # 1 Exhibit CPB 0615, # 2 Exhibit CPB 0031, # 3 Exhibit State information, # 4 Appendix, # 5 Appendix)(Parry–Johnson, Kelly) (Entered: 05/16/2025) |
| 05/19/2025 | 124 | ORDER granting 122 Motion to Appear Pro Hac Vice for Attorney Elizabeth M. McDermott. Signed by Clerk on 5/19/2025. (Freberg, B) (Entered: 05/19/2025) |
| 05/29/2025 | 125 | NOTICE of Appearance by Elizabeth McCarthy McDermott on behalf of Alma Avalle, Binah Gordon, Gennifer Herley, Jamie Homnick, Kay Mayers, S. N. (McDermott, Elizabeth) (Entered: 05/29/2025) |
| 06/06/2025 | 126 | REPLY to Response to 78 MOTION to Dismiss *REDACTED* filed by Aetna Life Insurance Company. (Tucci, Theodore) (Entered: 06/06/2025) |
| 08/14/2025 | 127 | ORDER finding as moot 52 Motion to Dismiss. In light of the filing of the Second Amended Complaint, ECF No. 60, the motion to dismiss the First Amended Complaint is **DENIED as moot**. *See In re Crysen/Montenay Energy Co.*, 226 F.3d 160, 162 (2d Cir. 2000) ("It is well settled that an amended pleading ordinarily supersedes the original and renders it of no legal effect."). |

| | | Signed by Judge Victor A. Bolden on 8/14/25. (Nelson, J) (Entered: 08/14/2025) |
|---|---|---|
| 10/24/2025 | 128 | Joint MOTION for Extension of Time *of* Discovery Deadlines 103 Scheduling Order,,,, by Alma Avalle, Binah Gordon, Gennifer Herley, Jamie Homnick, Kay Mayers, S. N.. (Srinivasan, Harini) (Entered: 10/24/2025) |
| 10/27/2025 | 129 | ORDER granting 128 Motion for Extension of Time.<br><br>The Court **GRANTS** the joint motion for extension of time. The new deadlines are as follows:<br><br>–Parties shall complete productions for outstanding discovery requests and narrow any discovery disputes by **February 13, 2026**.<br>–Parties shall bring any discovery disputes by **February 27, 2026**.<br>–Fact depositions will be completed by **April 17, 2026**.<br>–Parties will designate all trial experts and provide opposing counsel with reports from retained experts on any issues on which they bear the burden of proof by **April 24, 2026**. Depositions of any such experts will be completed by **June 5, 2026**.<br>–Parties will designate all trial experts and provide opposing counsel with reports from retained experts on any issues on which they do not bear the burden of proof by **July 10, 2026**. Depositions of such experts will be completed by **August 14, 2026**.<br>–All discovery will be completed by **August 14, 2026**.<br>–Joint request for settlement conference due by **August 21, 2026**.<br>–Motion for class certification due by **October 9, 2026**.<br><br>Signed by Judge Victor A. Bolden on 10/27/2025. (Srinivasan, N) (Entered: 10/27/2025) |
| 10/27/2025 | | Set Deadline: Discovery due by 8/14/2026; Request for Class Certification due by 10/9/2026. (Velez, F) (Entered: 10/28/2025) |
| 11/07/2025 | 130 | ORDER. To discuss two pending motions, the motion for preliminary injunction, ECF No. 61 , and the motion to dismiss, ECF No. 78 , the Court will hold a telephonic status conference on **November 13, 2025, at 3:00 p.m.** The purpose of the conference is to determine whether both motions can be addressed at a single proceeding, and if so, how much time would be needed, and whether the taking of testimony would be required. The parties also should be prepared to discuss their availability for any such proceeding. If these motions can be addressed in a single day, the Court may be able to schedule something as early as December 15, 2025, and if not, possibly January 8, 2026.<br><br>Signed by Judge Victor A. Bolden on 11/7/2025. (Srinivasan, N) (Entered: 11/07/2025) |
| 11/07/2025 | 131 | NOTICE OF E–FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. A Telephone Status Conference is set for 11/13/2025 at 03:00 PM in Remote Setting before Judge Victor A. Bolden.<br><br>**To Join the Conference, dial: 1 203–684–6202**<br><br>Enter Conference ID: 571 961 356#<br><br>(Velez, F) (Entered: 11/10/2025) |
| 11/13/2025 | 132 | Minute Entry for proceedings held before Judge Victor A. Bolden: Telephonic Status Conference held on 11/13/2025. Total Time: 0 hours and 8 minutes (Court Reporter Heather Ireland).<br><br>Discussed pending motion to dismiss, ECF No. 79 , and motion for preliminary injunction, ECF No. 61 . Hearing will take place on **January 8, 2026**, at 10:00 AM.<br><br>(Srinivasan, N) (Entered: 11/13/2025) |

| 11/13/2025 | 133 | NOTICE OF E–FILED CALENDAR re: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. A Motion Hearing is set for 1/8/2026 at 10:00 AM in Courtroom Two, 141 Church St., New Haven, CT before Judge Victor A. Bolden. (Velez, F) (Entered: 11/13/2025) |
|---|---|---|
| 12/18/2025 | 134 | NOTICE by Aetna Life Insurance Company re 102 Memorandum in Opposition to Motion, 78 MOTION to Dismiss *REDACTED – Aetna Life Insurance Co.'s Notice of Supplemental Authority* (Attachments: # 1 Exhibit A – Copy of June 18, 2025 Decision in United States v. Skrmetti, 605 U.S. 495 (2025), # 2 Exhibit B – Copy of September 9, 2025 en banc opinion in Lange v. Houston County, 152 F. 6th 1245 (11 Cir. 2025), # 3 Exhibit C – Copy of November 17, 2025 Decision in Pritchard on behalf of C.P. v. Blue Cross Blue Shield of Illinois, 159 F.4th 646 (9th Cir. 2025), # 4 Exhibit D – Copy of August 12, 2025 Decision in Brandt v. Griffin, 147 F.4th 867 (8th Cir. 2025), # 5 Exhibit E – Copy of August 6, 2025 10th Circuit opinion in Poe by and through Poe v. Drummond, 149 F4th 1107 (10th Cir. 2025))(Tucci, Theodore) (Entered: 12/18/2025) |
| 12/19/2025 | 135 | MOTION to Strike 134 Notice (Other),,, *and to Order Supplemental Post–Argument Briefing* by Alma Avalle, Binah Gordon, Gennifer Herley, Jamie Homnick, Kay Mayers, S. N..Responses due by 1/9/2026 (Wardenski, Joseph) (Entered: 12/19/2025) |
| 12/20/2025 | 136 | ORDER denying 135 Motion to Strike and to Order Supplemental Briefing.<br><br>The Court **DENIES** the motion to strike and to order supplemental post–argument briefing without prejudice to renewal, following the January 8, 2026 hearing. *See Dietz v. Bouldin*, 579 U.S. 40, 47 (2016) ("[D]istrict courts have the inherent authority to manage their dockets and courtrooms with a view toward the efficient and expedient resolution of cases.").<br><br>To the extent that any of the issues raised by Defendant's notice of supplemental authority require further briefing, those issues can be resolved at or following the currently scheduled hearing.<br><br>Signed by Judge Victor A. Bolden on 12/20/2025. (Srinivasan, N) (Entered: 12/20/2025) |
| 01/08/2026 | 137 | ORDER.<br><br>Following today's hearing on the pending motion for a preliminary injunction, ECF No. 61 , parties are **ORDERED** to submit supplemental briefing by **January 23, 2026**. Replies are due **January 30, 2026**.<br><br>Signed by Judge Victor A. Bolden on 01/08/2026. (Srinivasan, N) (Entered: 01/08/2026) |
| 01/08/2026 | 138 | Minute Entry for Proceedings held on 1/8/26 before Judge Victor A. Bolden: Motion Hearing taking under advisement 61 Motion for Preliminary Injunction. Additional Briefing due by 1/23/26; reply due by 1/30/26. Total Time: 1 hour and 22 minutes. (Court Reporter Heather Ireland) (Velez, F) (Entered: 01/08/2026) |
| 01/12/2026 | 139 | TRANSCRIPT of Proceedings: Type of Hearing: Motion Hearing. Held on 1/8/26 before Judge Victor A. Bolden. Court Reporter: Heather Ireland. **IMPORTANT NOTICE – REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 2/2/2026. Redacted Transcript Deadline set for 2/12/2026. Release of Transcript Restriction set for 4/12/2026. (Ireland, Heather) (Entered: 01/12/2026) |

| 01/23/2026 | 140 | Memorandum in Opposition *: Supplemental Brief regarding Post–Skrmetti Case Law* re 61 MOTION for Preliminary Injunction filed by Aetna Life Insurance Company. (Tucci, Theodore) (Entered: 01/23/2026) |
|---|---|---|
| 01/23/2026 | 141 | Amended Memorandum in Opposition *: Supplemental Brief regarding Post–Skrmetti Case Law – Revised as to Table of Contents ONLY* re 61 MOTION for Preliminary Injunction filed by Aetna Life Insurance Company. (Tucci, Theodore) (Entered: 01/23/2026) |
| 01/23/2026 | 142 | Supplemental Memorandum in Support re 61 MOTION for Preliminary Injunction filed by Gennifer Herley, Jamie Homnick. (Wardenski, Joseph) (Entered: 01/23/2026) |
| 01/26/2026 | 143 | TRANSCRIPT of Proceedings: Type of Hearing: Motion Hearing. Held on 1/8/2026 before Judge Victor A. Bolden. Court Reporter: Heather Ireland. **IMPORTANT NOTICE – REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 2/16/2026. Redacted Transcript Deadline set for 2/26/2026. Release of Transcript Restriction set for 4/26/2026. (Ireland, Heather) (Entered: 01/26/2026) |
| 01/30/2026 | 144 | RESPONSE re 141 Memorandum in Opposition to Motion filed by Gennifer Herley, Jamie Homnick. (Wardenski, Joseph) (Entered: 01/30/2026) |
| 01/30/2026 | 145 | RESPONSE re 142 Memorandum in Support of Motion – *Defendant Aetna's Reply to Plaintiffs' Supplemental Brief in Support of Motion for Preliminary Injunction by Plaintiffs Jamie Homnick and Gennifer Herley* filed by Aetna Life Insurance Company. (Tucci, Theodore) (Entered: 01/30/2026) |
| 02/06/2026 | 146 | Joint MOTION for Discovery Conference by Alma Avalle, Binah Gordon, Gennifer Herley, Jamie Homnick, Kay Mayers, S. N.. (Wardenski, Joseph) (Entered: 02/06/2026) |
| 02/09/2026 | 147 | ORDER granting 146 Motion for Conference.<br><br>The Court **GRANTS** the motion for a telephonic discovery conference on **March 5, 2026** at 11:00 a.m.<br><br>Signed by Judge Victor A. Bolden on 02/09/2026. (Srinivasan, N) (Entered: 02/09/2026) |
| 02/09/2026 | 148 | NOTICE OF E–FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. A Telephone Status Conference is set for 3/5/2026 at 11:00 AM in Remote Setting before Judge Victor A. Bolden.<br><br>**To join the conference, dial: 1 203–684–6202**<br><br>Enter Conference ID: 127 935 452#<br><br>(Velez, F) (Entered: 02/10/2026) |
| 02/26/2026 | 149 | RESPONSE re 147 Order on Motion for Conference filed by Alma Avalle, Binah Gordon, Gennifer Herley, Jamie Homnick, Kay Mayers, S. N.. (Attachments: # 1 Appendix Proposed Amended Deadlines, # 2 Exhibit 1 – Email Correspondence)(Wardenski, Joseph) (Entered: 02/26/2026) |
| 02/26/2026 | 150 | RESPONSE re 147 Order on Motion for Conference by Aetna Life Insurance Company*: Pre–Conference Submission for March 5, 2026 Status Conference.* (Tucci, Theodore) (Entered: 02/26/2026) |
| 03/05/2026 | 151 | Minute Entry for proceedings held before Judge Victor A. Bolden: Telephonic Discovery Conference held on 3/5/2026. Total Time: 0 hours and 7 minutes (Court |

| | | |
|---|---|---|
| | | Reporter Heather Ireland.) (Srinivasan, N) (Entered: 03/05/2026) |
| 03/05/2026 | 152 | ORDER.<br><br>Following today's telephonic discovery conference, the Court amends the scheduling order. The new deadlines are as follows:<br><br>–Joint status report on the progress of discovery due **April 10, 2026**<br>–Document production will be completed by **May 1, 2026**<br>–Discovery–related motion practice due **May 15, 2026**<br>–Joint status report on the progress of discovery due **July 10, 2026**<br>–Fact depositions will be completed by **August 17, 2026**<br>–Parties will designate all trial experts and provide opposing counsel with reports from retained experts on any issues on which they bear the burden of proof by **August 24, 2026**. Depositions of any such experts will be completed by **October 5, 2026**.<br>–Joint status report on the progress of discovery due **September 11, 2026**<br>–Parties will designate all trial experts and provide opposing counsel with reports from retained experts on any issues on which they do not bear the burden of proof by **November 10, 2026**. Depositions of such experts will be completed by **December 14, 2026**.<br>–Joint status report on the progress of discovery due **November 20, 2026**<br>–All discovery will be completed by **December 14, 2026**<br>–Parties' joint request for a settlement conference due **December 21, 2026**<br>–Motion for class certification due **February 9, 2027**<br><br>Signed by Judge Victor A. Bolden on 03/05/2026. (Srinivasan, N) (Entered: 03/05/2026) |
| 03/05/2026 | | Set Deadline: Discovery due by 12/14/2026; Motion for Class Certification due by 2/9/2027. (Velez, F) Modified on 3/6/2026 (Velez, F). (Entered: 03/06/2026) |
| 03/05/2026 | | Set Deadline: Joint Status Report due by 4/10/2026. (Velez, F) (Entered: 03/06/2026) |
| 03/06/2026 | | Docket Entry Correction re Set Deadlines: corrected motion for class certification date. (Velez, F) (Entered: 03/06/2026) |
| 03/08/2026 | 153 | ORDER granting 61 Motion for Preliminary Injunction; denying 78 Motion to Dismiss; denying 79 Sealed Motion.<br><br>For the reasons in the attached Ruling and Order, Aetna's motion to dismiss is **DENIED** and the motion for a preliminary injunction brought by Dr. Homnick and Dr. Herley is **GRANTED**.<br><br>As a result of this Ruling and Order, Aetna is required to make individualized coverage determinations as to Dr. Homnick and Dr. Herley only, on the basis of medical necessity, as opposed to categorically excluding their claims under CPB 0615.<br><br>Signed by Judge Victor A. Bolden on 03/08/2026. (Srinivasan, N) (Entered: 03/08/2026) |
| 03/23/2026 | 154 | ANSWER to 60 Amended Complaint with Affirmative Defenses. by Aetna Life Insurance Company.(Tucci, Theodore) (Entered: 03/23/2026) |
| 03/31/2026 | 155 | Emergency MOTION to Enforce Judgment , MOTION for Order to Show Cause by Alma Avalle, Binah Gordon, Gennifer Herley, Jamie Homnick, Kay Mayers, S. N.. (Attachments: # 1 Exhibit A (Emails between parties' counsel))(Wardenski, Joseph) (Entered: 03/31/2026) |
| 03/31/2026 | 156 | NOTICE OF APPEAL as to 153 Order on Motion for Preliminary Injunction,,, Order on Motion to Dismiss,,, Order on Sealed Motion,, by Aetna Life Insurance Company. Filing fee $ 605, receipt number ACTDC–8556825. (Tucci, Theodore) (Entered: 03/31/2026) |
| 03/31/2026 | 157 | MOTION to Stay *Injunction Pending Appeal* by Aetna Life Insurance Company.Responses due by 4/21/2026 (Attachments: # 1 Memorandum in Support of Defendant's Motion to Stay)(Tucci, Theodore) (Entered: 03/31/2026) |

| 03/31/2026 | 160 | CLERK'S CERTIFICATE RE: INDEX AND RECORD ON APPEAL re: 156 Notice of Appeal. The attached docket sheet is hereby certified as the entire Index/Record on Appeal in this matter and electronically sent to the Court of Appeals, with the exception of any manually filed documents as noted below. Dinah Milton Kinney, Clerk. Documents manually filed not included in this transmission: none (Freberg, B) (Entered: 04/07/2026) |
|---|---|---|
| 04/02/2026 | 158 | Memorandum in Opposition re 155 Emergency MOTION to Enforce Judgment MOTION for Order to Show Cause filed by Aetna Life Insurance Company. (Tucci, Theodore) (Entered: 04/02/2026) |
| 04/06/2026 | 159 | ORDER. The Court **ORDERS** expedited briefing on the Defendant's motion to stay the injunction pending appeal, ECF No. 157 . The Plaintiff must file a response by **April 10, 2026**, to which the Defendant must reply by **April 17, 2026**. Signed by Judge Victor A. Bolden on 04/06/2026. (Srinivasan, N) (Entered: 04/06/2026) |

| | |
|---|---|
| **From:** | CMECF@ctd.uscourts.gov |
| **To:** | CTD CMECF |
| **Subject:** | Activity in Case 3:24-cv-01447-VAB Gordon et al v. Aetna Life Insurance Company Clerk"s Certificate re: Notice of Appeal |
| **Date:** | Tuesday, April 7, 2026 11:57:50 AM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### District of Connecticut

### Notice of Electronic Filing

The following transaction was entered on 4/7/2026 at 11:56 AM EDT and filed on 3/31/2026
**Case Name:** Gordon et al v. Aetna Life Insurance Company
**Case Number:** 3:24-cv-01447-VAB
**Filer:**
**Document Number:** 160

**Docket Text:**
**CLERK'S CERTIFICATE RE: INDEX AND RECORD ON APPEAL re: [156] Notice of Appeal. The attached docket sheet is hereby certified as the entire Index/Record on Appeal in this matter and electronically sent to the Court of Appeals, with the exception of any manually filed documents as noted below. Dinah Milton Kinney, Clerk. Documents manually filed not included in this transmission: none (Freberg, B)**

**3:24-cv-01447-VAB Notice has been electronically mailed to:**

Theodore J. Tucci    ttucci@rc.com, ahedden@rc.com, sholden@rc.com

Christine E. Webber    cwebber@cohenmilstein.com, enotices@cohenmilstein.com

Earl B. Austin, III    earl.austin@bakerbotts.com, john.mitchell@bakerbotts.com

Abby M. Warren    awarren@rc.com, ksullivan@rc.com, tcurran@rc.com

Sarah Reeves    sarah.reeves@bakerbotts.com, john.mitchell@bakerbotts.com

Christopher Anthony Costain    ccostain@rc.com, dmcgrath@rc.com

Joseph Wardenski     joe@wardenskilaw.com, jwardenski@recap.email, mack@wardenskilaw.com

Sydney Duncan     sduncan@transequality.org, jeinstein@transequality.org, sbritto@transequality.org

Ezra Ungrich Cukor     ecukor@transgenderlegal.org

Harini Srinivasan     hsrinivasan@cohenmilstein.com, enotices@cohenmilstein.com

Aniko Schwarcz     aschwarcz@cohenmilstein.com

Z Gabriel Arkles     garkles@transequality.org

Kelly Parry-Johnson     kparry-johnson@transequality.org

Seran Gee     sgee@transequality.org

Elizabeth McCarthy McDermott     emcdermott@cohenmilstein.com, Enotices@cohenmilstein.com

**3:24-cv-01447-VAB Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1034868047 [Date=4/7/2026] [FileNumber=8673200-0] [24538c3c2be7959c933eb700909489cdc727f0f5428016d10a9c6d4e2f682a4b5f85 ce6089253f87513f74f25436fdd9c572d15901fd29311f09f90ea891e591]]