## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Gordon v. Aetna Life Insurance Company          Docket No.: 26-820

Lead Counsel of Record (name/firm) or Pro se Party (name): Joseph J. Wardenski / Wardenski P.C.

Appearance for (party/designation): Plaintiffs-Appellees

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
( ) Correct
(✔) Incorrect.    See attached caption page with corrections.

    **Appellate Designation** is:
(✔) Correct
( ) Incorrect.    The following parties do not wish to participate in this appeal:
       Parties: _____
( ) Incorrect.    Please change the following parties' designations:
       Party                       Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✔) Correct
( ) Incorrect or Incomplete.    As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: _____
Firm: _____
Address: _____
Telephone: _____          Fax: _____
Email: _____

## RELATED CASES

(✔) This case has not been before this Court previously.
( ) This case has been before this Court previously.    The short title, docket number, and citation are: _____

( ) Matters related to this appeal or involving the same issue have been or presently are before this Court.    The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that (✔) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that ( ) I applied for admission on _____ or renewal on _____.    If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.
Signature of Lead Counsel of Record: /s/ Joseph J. Wardenski
Type or Print Name: Joseph J. Wardenski
      OR
Signature of pro se litigant: _____
Type or Print Name: _____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.

## **CORRECTED CAPTION**

Binah Gordon, Kay Mayers, S. N., Jamie Homnick, Alma Avalle, and Gennifer Herley, individually and on behalf of all similarly situated individuals,

       Plaintiffs - Appellees,

  v.

Aetna Life Insurance Company,

       Defendant - Appellant.