## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Gordon v. Aetna Life Insurance Company _____ Docket No.: 26-820 _____

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Harini Srinivasan

Firm: Cohen Milstein Sellers & Toll PLLC

Address: 1100 New York Ave. N.W., Suite 800, Washington, DC 20005

Telephone: (202) 408-4600 Fax: (202) 408-4699

E-mail: hsrinivasan@cohenmilstein.com

**Appearance for:** Binah Gordon, Kay Mayers, S.N., Jamie Homnick, Alma Avalle, & Gennifer Herley, individually and on behalf of all similarly situated individuals

(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ _____ _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Joe Wardenski / Wardenski P.C. )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

### CERTIFICATION

I certify that:

☐ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on _____ OR

☑ I applied for admission on 04/14/2026 .

Signature of Counsel: /s/ Harini Srinivasan

Type or Print Name: Harini Srinivasan