LAW OFFICES

**WILLIAMS & CONNOLLY**LLP®

CHARLES L. MCCLOUD
(202) 434-5998
lmccloud@wc.com

680 MAINE AVENUE SW

WASHINGTON, DC 20024

202.434.5000

WWW.WC.COM

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

April 24, 2026

**VIA ELECTRONIC FILING**

Catherine O'Hagan Wolfe, Clerk of Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

     Re:    *Binah Gordon v. Aetna Life Insurance Company*, No. 26-820

Dear Ms. Wolfe:

    I represent Appellant Aetna Life Insurance Company.  Pursuant to Local Rule 31.2(a)(1)(A), Appellant requests a deadline of July 14, 2026, for filing Appellant's opening brief.

                        Respectfully submitted,

                        */s/ Charles L. McCloud*

                        Charles L. McCloud

cc:  Counsel of record (via ECF)