# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of April, two thousand twenty-six,

| | |
|---|---|
| Binah Gordon, individually and on behalf of all similarly situated, Kay Mayers, individually and on behalf of all others similarly situated, S. N., individually and on behalf of all similarly situated individuals, Jamie Homnick, Alma Avalle, Gennifer Herley, | **ORDER**<br>Docket No. 26-820 |

       Plaintiffs - Appellees,

v.

Aetna Life Insurance Company,

       Defendant - Appellant.

Counsel for Appellant Aetna Life Insurance Company, has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting July 14, 2026 as the brief filing date.

It is HEREBY ORDERED that Appellant's brief must be filed on or before July 14, 2026. The appeal is dismissed effective July 14, 2026 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court