**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
**CHIEF JUDGE**

Date: June 24, 2026
Docket #: 26-820
Short Title: Gordon v. Aetna Life Insurance Company

**CATHERINE O'HAGAN WOLFE**
**CLERK OF COURT**

DC Docket #: 3:24-cv-1447
DC Court: DISTRICT OF
CONNECTICUT (NEW HAVEN)
DC Judge: Trial Judge - Victor A.
Bolden

**NOTICE OF MOTION PLACED ON THE CALENDAR**

 A motion to stay preliminary injunction in the above-referenced case has been added as a submitted case to the substantive motions calendar for Tuesday, July 7, 2026.

Inquiries regarding this case may be directed to 212-857-8595.